**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire
*PA Attorney #88407*
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, Pennsylvania 19109
Direct: (267) 459-8366 | Fax: (267) 486-9002 | Email: mschleigh@hardinlawpc.net
*Counsel for Defendant, County of Delaware*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR FIGUEROA** | <u>**CIVIL ACTION**</u> |
| Plaintiff, | |
| vs. | Case No. 2:23-cv-00515 |
| **COUNTY OF DELAWARE** | |
| Defendant. | |

### <u>NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Defendants, County of Delaware, by its counsel, Hardin Thompson, PC, hereby moves this Honorable Court to enter an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 56. The grounds for this Motion are set forth in the accompanying Statement of Materials Facts and attached Exhibits thereto, and Memorandum of Law, which is incorporated by reference herein. Oral argument is respectfully requested if opposition is filed.

Respectfully Submitted,

**HARDIN THOMPSON, PC**

*/s/ Michael F. Schleigh*

|     |                                                |
| --- | ---------------------------------------------- |
| BY: | Michael F. Schleigh, Esquire                   |
|     | *Counsel for Defendant, County of Delaware*    |

DATED:  January 30, 2024

**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire
*PA Attorney #88407*
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, Pennsylvania 19109
Direct: (267) 459-8366 | Fax: (267) 486-9002 | Email:  mschleigh@hardinlawpc.net
*Counsel for Defendant, County of Delaware*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HECTOR FIGUEROA** : | <u>**CIVIL ACTION**</u> |
| Plaintiff, : | |
| : | |
| vs. : | Case No. 2:23-cv-00515 |
| : | |
| **COUNTY OF DELAWARE** : | |
| Defendant. : | |

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that a true and correct copy of the attached Motion to

Dismiss and accompanying Brief with Proposed Order were served upon the following, THIS

DAY, by ECF filing as indicated below:

Noah S. Cohen, Esq.
Weir Greenblatt Pierce LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
(ncohen@wgpllp.com)

Respectfully Submitted,

**HARDIN THOMPSON, PC**

_____

BY:    Michael F. Schleigh, Esquire
*Counsel for Defendant, County of Delaware*

DATED:  January 30, 2024