## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR FIGUEROA** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Case No. 2:23-cv-00515 |
| **COUNTY OF DELAWARE** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this _____ day of _____, 2024, upon consideration of Defendant, County of Delaware's Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56, it is hereby **ORDERED** that said Motion is **GRANTED,** and that **JUDGMENT** is entered on all claims of Plaintiff in favor of Defendant, County of Delaware.

BY THE COURT:

_____
BAYLSON, U.S.D.J.