**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire
*PA Attorney #88407*
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, Pennsylvania 19109
Direct: (267) 459-8366 | Fax: (267) 486-9002 | Email:  mschleigh@hardinlawpc.net
*Counsel for Defendant, County of Delaware*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR FIGUEROA** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Case No. 2:23-cv-00515 |
| **COUNTY OF DELAWARE** | : | |
| | : | |
| Defendant. | : | |

## INDEX OF EXHIBITS TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---|---|---|
| EXHIBIT 1 | Hector Figueroa Personnel File D EEOC Production 00052 | 3 |
| EXHIBIT 2 | Deposition Transcript of Plaintiff Hector Figueroa, 10-24-2023 | 3,4,5,6,7,8, 12, 14,15,16,17,18,19,20,21 |
| EXHIBIT 3 | Delaware County Employee Handbook | 3 |
| EXHIBIT 4 | Hector Figueroa Personnel File D EEOC Production 00042 | 3 |
| EXHIBIT 5 | Hector Figueroa Personnel File D EEOC Production 00051 | 3 |
| EXHIBIT 6 | Hector Figueroa Personnel File D EEOC Production 00040-00041 | 4 |
| EXHIBIT 7 | Deposition Transcript of Howard Lazarus, 11-14-2023 | 4,5,9,10,11,14, 15,19,21,22 |
| EXHIBIT 8 | Deposition Transcript of Marc Woolley, 12-27-2023 | 4,6,9,10,11,15,21,22 |

| EXHIBIT 9 | Deposition Transcript of Lauren Footman, 11-3-2023 | 5,10,20,21,22 |
|---|---|---|
| EXHIBIT 10 | Figueroa Deposition EX. 1 | 6 |
| EXHIBIT 11 | Figueroa Deposition EX. 2 | 6 |
| EXHIBIT 12 | Figueroa Deposition EX. 3 | 7 |
| EXHIBIT 13 | Figueroa Deposition EX. 4 | 12 |
| EXHIBIT 14 | Figueroa Deposition EX. 5 | 13 |
| EXHIBIT 15 | Figueroa Deposition EX. 6 | 13 |
| EXHIBIT 16 | Figueroa Deposition EX. 7 | 18 |
| EXHIBIT 17 | Figueroa Deposition EX. 8 | 18 |
| EXHIBIT 18 | Figueroa Deposition EX. 10 | 19 |
| EXHIBIT 19 | Figueroa Deposition EX. 11 | 21,22 |
| EXHIBIT 20 | Figueroa Deposition EX. 14 | 7 |
| EXHIBIT 21 | Figueroa Deposition EX. 15 | 20 |
| EXHIBIT 22 | Figueroa Deposition EX. 16 | 20 |
| EXHIBIT 23 | Figueroa Deposition EX. 17 | 18,19 |
| EXHIBIT 24 | Figueroa Deposition EX. 19 | 14 |
| EXHIBIT 25 | Figueroa Deposition EX. 20 | 15 |
| EXHIBIT 26 | Affidavit of Warden Laura Williams | 15, 16,17,19,20,21 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Respectfully Submitted,

**HARDIN THOMPSON, PC**

BY:    Michael F. Schleigh, Esquire
       *Counsel for Defendant, County of Delaware*

DATED: