# COUNTY/COURTS – PERSONNEL ACTION FORM

NEW HIRE ☒   RE-HIRE ☐   PART TIME TO FULL TIME ☐
CHANGE IN STATUS ☐   SEPARATION ☐   REINSTATEMENT ☐

EMPLOYEE NAME: Hector Figeroa  Figueroa   SOCIAL SECURITY #: ▮▮▮

ADDRESS: 6 Doolin Bay Dr. Brennan Ests. Bear DE

ZIP CODE: 19701   PHONE #: _____   DATE OF BIRTH: 8/7/1952

GENDER: MALE ☒  FEMALE ☐   MARITAL STATUS: MARRIED ☐  SINGLE ☐  DIVORCED ☐

EMPLOYEE FILE #: 12118 1   EFFECTIVE DATE: 3/21/22

DEPARTMENT: Personnel   DEPARTMENT #: 10603

POSITION TITLE: Assistant Director of Labor Relations   POSITION #: 70 00 272

## FOR NEW HIRES

WORK LOCATION (MUNICIPALITY): Media   LABOR CHARGE CODE: _____

SALARY: ANNUAL: $ 115,000   HOURLY: $ _____   LOCATION CODE: _____

## NEW HIRES / CHANGE IN STATUS [AS APPLICABLE]:

**BARGAINING STATUS:** (ALL HOURLY)
- AFSCME - GRADE ☐
- PSSU/CPEU ☐
- CID/FOP ☐
- PARK POLICE ☐
- INCINERATOR 77 ☐

**NON-BARGAINING STATUS:**
- NB – DIRECTOR - ELECTED OFFICIAL/DD-E000 ☐
- NB - SALARIED/SF-S000 ☐
- NB - HOURLY/HF-H000 ☒

**OTHER STATUS:**
- NFT/HP ☐
- INTERNS/IN ☐
- SUMMER/SM ☐
- : _____ ☐

BASIC WORK WEEK:   35 HOURS ☐   37.5 HOURS ☐   40 HOURS ☒
WORK SCHEDULE:   MONDAY - FRIDAY ☒   ALL DAYS (SUNDAY-SATURDAY) ☐

NAME OF PERSON REPLACED: _____

DISPOSITION OF REPLACED PERSON: _____

### SEPARATIONS:
- ADMINISTRATIVE SEPARATION ☐
- RESIGNATION ☐
- RETIREMENT ☐
- DISCHARGE ☐
- DEATH ☐
- OTHER: 152 ☐

### LEAVES OF ABSENCE:
TYPE: _____

FMLA STARTS: _____

STD STARTS: _____

REASON: _____

LAST DATE ACTUALLY WORKED: _____   EFFECTIVE DATE: _____

VACATION DAYS TO BE PAID: _____   COMP HOURS TO BE PAID: _____

D EEOC Production 00052