

# County of Delaware

# Employee Handbook

D EEOC Production 00082

# Table of Contents

**TABLE OF CONTENTS**..................................................................................................................I

**INTRODUCTION** .......................................................................................................................1

   History.......................................................................................................................................1

**EMPLOYMENT POLICIES** ..........................................................................................................3

   Equal Opportunity Statement ....................................................................................3
   Americans with Disabilities Act ..................................................................................3
   Immigration Policy ........................................................................................................3
   Residency Requirement ................................................................................................3
   License and Registration..............................................................................................4
   Valid Driver's License Policy .......................................................................................4
   Work Permits..................................................................................................................4
   Orientation......................................................................................................................4
   Probationary Period ......................................................................................................4
   Work Week ......................................................................................................................5
   Paychecks........................................................................................................................5
   Social Security Benefits.................................................................................................5
   Time Cards ......................................................................................................................6
   Classifications .................................................................................................................6
   Overtime..........................................................................................................................6
   Right to Know..................................................................................................................7
   Workers' Compensation...............................................................................................7
   Access to Personnel Files .............................................................................................7
   Employee Health ...........................................................................................................8
   Dress Code ......................................................................................................................8
   Dress Down Day.............................................................................................................8
   Smoking Policy ...............................................................................................................9
   Employee Parking .........................................................................................................9
   Inclement Weather .......................................................................................................9
   Safety ...............................................................................................................................9
   Firearms Policy ..............................................................................................................9
   Fire Safety.....................................................................................................................10
   Security ..........................................................................................................................11
   Bulletin Boards ............................................................................................................12
   Cafeteria........................................................................................................................12
   Telephone Calls...........................................................................................................12
   Recycling .......................................................................................................................13

**RULES OF CONDUCT** ............................................................................................................15

   Harassment & All Forms of Discrimination ...........................................................15
   Drug Free Work Place Policy .....................................................................................15
   Internet and Email Policy ..........................................................................................16
   Social Media Policy .....................................................................................................16
   Cell Phone Policy .........................................................................................................17
   Attendance....................................................................................................................17
   Confidentiality/Conflict of Interest..........................................................................18
   Discharge or Disciplinary Action ..............................................................................18
   Grievance Procedure...................................................................................................19

**LEAVES** ........................................................................................................................... **21**

    Jury Duty ........................................................................................................... 21
    Funeral Leave ...................................................................................................... 21
    Military Leave ..................................................................................................... 21
    Sick Leave ........................................................................................................... 21
    Sick Leave Eligibility ........................................................................................ 22
    Personal Leave ................................................................................................... 22
    Family and Medical Leave ................................................................................ 22
    Short Term Disability ........................................................................................ 24
    Long Term Disability ........................................................................................ 25
    Unauthorized Leave .......................................................................................... 25

**EMPLOYEE BENEFITS** ...................................................................................................... **27**

    Introduction ........................................................................................................ 27
    Health Care Benefits ........................................................................................ 27
    COBRA ................................................................................................................. 28
    Life Insurance ..................................................................................................... 28
    Vacation .............................................................................................................. 28
    Holidays .............................................................................................................. 30
    Deferred Compensation .................................................................................... 31
    Credit Union ....................................................................................................... 31

**PENSION** ........................................................................................................................ **33**

    Forward ............................................................................................................... 33
    Administration .................................................................................................... 33
    Membership Eligibility ...................................................................................... 33
    Original and New Members .............................................................................. 33
    Contributory System- Member Contribution ................................................ 33
    Contributory System - County Contribution ................................................. 34
    Interest Credit .................................................................................................... 34
    Investments ......................................................................................................... 34
    Refunds ................................................................................................................ 34
    Return to Service/Purchase of Prior Service ................................................. 34
    Military Service Leave of Absence .................................................................. 35
    Death Benefits .................................................................................................... 35
    Early Retirement ................................................................................................ 35
    Vesting ................................................................................................................. 36
    Retirement Allowance Computation ............................................................... 36
    Application for Retirement ............................................................................... 37
    Options Available at Retirement ...................................................................... 37
    Monthly Payment of Retirement Allowance ................................................. 39
    Designation of Beneficiary ............................................................................... 39
    Cost-of-Living Increase for Present Pensioners ........................................... 39
    Leave-of-Absence Without Pay ....................................................................... 39
    Miscellaneous ..................................................................................................... 39

**AMENDMENT A** ............................................................................................................... **41**

D EEOC Production 00084

# Introduction

We are pleased to welcome you to The County of Delaware and to provide you with this Personnel Handbook.

This Handbook spells out the goals, standards, values, attitudes, beliefs, and benefits that the County of Delaware believes are important. The standards of conduct govern all employees, including management personnel, and are intended to help us all get along in a friendly and productive atmosphere. The County of Delaware's policies are also designed to promote your personal productivity and career advancement.

At the same time, this Handbook serves only as a general guide to what we can reasonably expect from each other in the conduct of our business. Therefore, neither this Handbook nor any of its provisions constitute an employment agreement or contract of any kind or a guarantee to continued employment. Because circumstances and situations change, the County of Delaware reserves the right to change the policies and procedures set forth in this Handbook. The County of Delaware shall comply with all relevant Federal and State legislation.

This Handbook should answer the questions most frequently asked by employees.

More precise definitions, special cases and additional details must be obtained from the Personnel/Employee Benefits Department.

> While there are many similarities between bargaining and non-bargaining employees, there are also some differences; therefore, all Bargaining Employees should follow the policies and procedures as outlined in their Bargaining Contract.

## History

Delaware County is the oldest settled section of Pennsylvania. The first major settlement was established under Swedish rule by Governor John Printz, who founded a colony in 1643 on Tinicum Island. He provided a school, church and court of law for the settlers and established friendly relations with local Indians which paved the way for future good will. Before the arrival of the Swedes, trading posts had been established in the Delaware River region in 1623.

In 1664, the English seized the region. Seventeen years later King Charles II granted a charter to William Penn, which led to the founding of the Province of Pennsylvania under Penn's proprietorship. Penn brought the County form of government with him from England and established Pennsylvania as a haven for the oppressed of all nations, emphasizing fundamental religious freedom, fair treatment of Indians and minorities, and democratic government.

The First Assembly of Pennsylvania met in Chester, which was the first County Seat of Chester County and later of Delaware County. The city where Penn first landed in Pennsylvania is the home of the oldest public building in the United States still in use, the Old Chester Court House. The Delaware County area became a center of commerce and agriculture due to its fertile farmlands and numerous streams which feed the Delaware River, our link to the sea.

In 1789, voters chose to separate from Chester County, thereby forming Delaware County, truly "Where Pennsylvania Began." In subsequent years, Delaware County became a hub of industry

and transportation. Travelers up and down the East Coast frequently traversed the historic highways which cross Delaware County.

The middle part of the 20th century witnessed unparalleled population growth as more and more families moved to the suburbs. Delaware County is the fourth most populous in the State even though it has the third smallest land mass. However, the County continues to maintain a distinct character featuring rural countryside, some of the most desirable suburban communities in the nation and housing which is affordable for wage earners in all income levels.

The County Government has kept pace with the increased pressures placed on government in recent years, when social programs and other services were expanded to meet demands. In keeping with the tradition established in the County to keep up with changing times, a Home Rule Charter was recommended and passed by the voters of Delaware County in 1975.

Delaware County is governed by a five-member County Council, which replaced the three-member Board of County Commissioners as the governing body of the County in January 1976, when the Home Rule Charter went into effect. When the Charter was approved by the voters of the County in May 1975, Delaware County became the first County in Pennsylvania to become a Home Rule County.

The Charter enabled the new government structure through County Council to exercise more control over local County Government affairs. The Charter created the position of Executive Director, who advises Council on capital planning, provides budget forecasts and supervises executive departments of County Government. An Administrative Code, mandated by the Charter, describes the responsibilities of each department and rules of conduct for County employees.

Members of County Council are elected on an at-large basis to four-year terms at staggered two-year intervals when municipal elections are held, which occur in odd-numbered years.

The many diverse responsibilities of County Government and Common Pleas Court are carried out by more than 3,000 full-time and from 300-500 part-time employees who work in more than 40 departments and agencies. The Delaware County court system, the 32nd Judicial District of Pennsylvania, is served by 20 Common Pleas Judges and 32 District Justices, all elected by the voters.

D EEOC Production 00086

# Employment Policies

## Equal Opportunity Statement

The County of Delaware is committed to a policy of equal employment for all individuals. According to Title VI and Title VII of the Civil Rights Act of 1964 and other Federal, State and Local Laws, the County of Delaware is an equal employment opportunity employer and prohibits discrimination on the basis of race, color, religion, disability, ancestry or national origin, gender, age, and military service. All personnel actions and decisions such as recruiting, hiring, salary, benefits, training, promotion, transfer or termination is predicated solely on ability and the basis of valid, job-related requirements.

## Americans with Disabilities Act

The County complies with Title II of the Americans with Disabilities Act (ADA) ensuring equal employment opportunities to qualified individuals with disabilities. Any employee who requires an accommodation in order to perform the essential functions of the job should contact the Personnel/Employee Benefits Department. A copy of the ADA policy and grievance procedures are on file in the Personnel/Employee Benefits Department.

## Immigration Policy

The County of Delaware bans employment practices which subject individuals to different or unequal treatment on account of their national origin. Harassment of employees on the basis of their national origin is unlawful under Title VII. Consistent with this basic non-discriminatory principle, the act requires that the County verify that employees are legally authorized for employment in the United States. All employees must complete an Employment Eligibility Verification Form (I-9) and provide required documents.

## Residency Requirement

No Person shall be eligible for employment with the County of Delaware unless he or she is a resident of, and lives within the geographical boundaries of the County of Delaware.

An employee who lives in Delaware County at the time of employment and then decides to move out of Delaware County will lose his/her right to continued employment with the County of Delaware.

It may become necessary to waive the residency requirement for some professional positions. This waiver is used only when it is determined that no resident has applied or qualifies for the vacant professional position and must be approved by County Council.

D EEOC Production 00087

## License and Registration

All employees whose positions require professional licensure or registration by the State of Pennsylvania or other accrediting agencies are responsible for keeping such documents current. A copy of the license or registration must be on file in the Personnel/Employee Benefits Department.

No employee will be hired or retained if these conditions are not met and an employee cannot be permitted to work if his/her license is not current. Employees must notify the County immediately of any changes to their license status; failure to do so will result in immediate termination.

## Valid Driver's License Policy

Any employee required to drive as part of their job duties must possess a valid driver's license regardless of whether that employee drives a County vehicle or their own personal vehicle. Any change in driver status must be reported immediately to the employee's supervisor/Department head. Failure to do so will result in discipline up to, and including termination. Any employee driving while working without a valid driver's license will be terminated.

## Work Permits

Properly validated work permits are required to be on file in the Personnel/Employee Benefits Department before minors (under 18 years of age) can start work. Work permits may be obtained from a local school district.

## Orientation

All new employees **are required** to attend the general orientation session. After the general orientation, new employees will receive a departmental orientation, which will cover duties, responsibilities and other important information pertaining to their position.

## Probationary Period

For many employees, the initial ninety (90) days of employment have been set aside to provide the employee and the County of Delaware with an opportunity to evaluate one another. The initial review period permits employees to adjust to their position, learn firsthand about their duties and responsibilities, and demonstrate their ability to do the job. The probationary period provides Supervisors with an opportunity to evaluate an employee's performance. The ninety-day probationary period also applies to employees who are re-hired. If performance is deemed unsatisfactory the employee may be terminated, at any time, during this probationary period.

The probationary period for those who are hired under the Pennsylvania Civil Service Rules is six (6) months.

The employer may reserve the right to extend the probationary period.

## Work Week

The County of Delaware is normally open from 8:30 A.M. to 4:30 P.M., Monday through Friday. Employees' hours and days of work will depend upon their job and will be scheduled by the Department Director. Hours can only be changed by or with the approval of the Department Director. The Department Director or Supervisor will assign each employee to a lunch period. Any changes in the daily work schedule must be documented and approved in advance by the Department Director or Supervisor.

For purposes of salary the County's work week begins Sunday at 12:01 A.M. and ends the following Saturday at midnight.

## Paychecks

### Pay Period

All employees are paid every other Friday, for the two-week period ending the preceding Friday. When a payday falls on a holiday, paychecks are disbursed the preceding workday.

Employees working in a 24-hour operation will receive their paychecks according to the established procedures for that department.

### Deductions

Federal Income Tax, FICA, PA State and local taxes and appropriate retirement fund contributions required by law are withheld from each employee's paycheck. Other employee authorized deductions may also be withheld such as Health Insurance Coverage, Credit Union, United Way, and Deferred Compensation.

### Direct Deposit

Employees are encouraged to participate in direct deposit of paychecks. Authorization forms are available in the Payroll division of the Controller's Department.

### Discrepancies

Suspected errors on paychecks should be reported to the Department Director or designee who will notify the Office of the Controller. Clarifications and/or corrections will be made promptly.

### Garnishments

If an employee's wages are legally garnished, the Payroll Department will withhold the monies as required by law.

## Social Security Benefits

The Social Security Administration keeps an account for each wage earner. The Employee and the County of Delaware pay equal amounts for Social Security Benefits. Periodically, each wage earner should check with the Social Security Administration to assure that it is properly crediting his/her account.

D EEOC Production 00089

## Time Cards

Some employees will be requested to use a time clock. Those employees using the clock will be issued a time card by the Payroll Department. This card can only be used by that employee. The Supervisor will assign the time card and instruct employees in its use. No one is permitted to use another employee's time card, or to clock in or out for another employee. An employee who does not clock out will not be paid for the hours worked on that day. The only exception to this rule will be if a Supervisor signs an employee's time card for authorization. Use of another employee's time card will result in disciplinary actions, up to and including termination.

## Classifications

Every Employee is classified for benefit and overtime purposes.

> 1. A **Full-Time** employee is scheduled to work regularly and continuously for at least 35.0 or more hours per week and receives the full benefit package.

> 2. A **Part-Time** employee works 20 or less hours per week and is not entitled to benefits. All part time, temporary, and per diem employees are characterized as non-full time employees for payroll purposes. Non-full time employees cannot work an average, in excess, of 28 hours per week.

For overtime purposes an employee is either "exempt" or "non-exempt". Most positions are "non-exempt", or hourly, which means they are eligible for overtime pay. Exempt positions are generally: Executive, Director, Supervisory, Administrative, Professionals, or Management. Employees should check with their Supervisor to verify "exempt" or "non-exempt" status.

## Overtime

Time and one-half shall be paid for all hours worked in excess of eight (8) hours per day and time and one-half shall be paid for all work in excess of forty (40) hours in any week. Time and one-half shall also be paid for all days worked beyond the regular work week in any payroll period. Holiday hours shall be utilized for calculation of overtime payment.

If time is lost during the regular work week, then overtime pay shall not prevail until forty (40) hours have been worked.

All overtime must be approved by the Supervisor, Department Director and the Personnel/Employee Benefits Department.

Employees in positions covered by Labor Contracts should review their contract for more specific information.

D EEOC Production 00090

## Right to Know

The County of Delaware is committed to providing a safe and healthy work environment for employees and believes in compliance with the safety and health standards set forth by the Occupational Safety and Health Act (OSHA) and State Health and Safety Regulations. Employees are encouraged to share ideas, concerns, or suggestions for improved safety in the work place with their Department Director or designee.

County employees have the right to be informed of dangers associated with any chemical, substance or agent they may be required to use in the performance of their job. The County is responsible for providing necessary safety equipment at no charge to the employee. The County, in its sole discretion, will make the determination on whether the equipment is required. Material Safety Data Sheets are available from the Department Director or designee in their department. Full details of the employee Right-to-Know program are available from the County Clerk's Office.

## Workers' Compensation

An employee injured on the job and is deemed eligible under the Pennsylvania Workers' Compensation Occupational-Disability Law. The County agrees to pay promptly the benefits under the law when all the necessary information has been submitted to the County and its insurance carrier. The benefits paid are those afforded by the State's Workers' Compensation Occupational-Disability Law.

Any and all work related injuries must be reported immediately to the Personnel/Employee Benefits Department when feasible. If an employee is rendered unconscious or requires immediate hospitalization, the Personnel/Employee Benefits Department must be notified within twenty-four (24) hours.

An incident report should be sent by the Department to the Personnel/Employee Benefits Department promptly.

## Access to Personnel Files

An employee has the right to review documents in his/her personnel file as permitted by law upon request. The employee may review documents in the file that relate to: qualifications for hiring, termination, promotion, increased compensation and disciplinary actions. Such documents include employment application, wage and salary information, notices of commendations, warnings and disciplinary notices, authorization for pay deductions/withholdings, fringe benefit information, leave records, employment history, job titles and dates of changes, attendance records and performance evaluations. These records are maintained in the Personnel/Employee Benefits Department where they may be reviewed during regular business hours upon advance written request to the Personnel Director. If the file contains information the employee believes to be inaccurate, a counter statement may be placed in the file by the employee.

D EEOC Production 00091

## Employee Health

If employees are in need of medical attention, the County of Delaware provides an Employee Health Office on the ground floor of the Government Center Building.

In the event of an illness or incident/accident employees should report the illness to their immediate Supervisor and Employee Health immediately.

The normal hours for Employee Health are 8:30 A.M. to 4:30 P.M., Monday through Friday.

## Dress Code

The purpose of the Code is to provide general guidelines for all County employees in dressing for work. The County of Delaware believes that citizens having business with the County have the right to expect County employees to be attired in appropriate business dress. Employees should inquire whether his/her department has a more specific dress code policy.

The appearance of our employees is a matter of pride to all of us and reflects our image to the community. Personal neatness and cleanliness will be regarded as an important aspect of an employee's overall effectiveness. All employees are expected to be neat and well groomed, at all times, while on the job.

Each Department Director or Supervisor will review the dress regulations established for the department and all employees must adhere to the general regulations or established dress code. A radical departure from conventional dress or personal grooming will not be permitted.

Some items which are considered to be in violation of the code, but are not all inclusive. The following are:

> Halters, shorts, midriff length tops, sweat pants, sweat shirts, jeans, tank tops, tee shirts, flip flops and bedroom slippers.

## Dress Down Day

Fridays have been designated as Delaware County Dress Down Days. We hope employees will enjoy the comfort of wearing business casual clothing to the office on those occasions. We wish to emphasize that we expect that everyone will exercise good judgment regarding appropriate attire because all casual clothing is not suitable for the office, these guidelines will help you determine what is appropriate to wear to work.

> **Appropriate Attire** - Golf shirts or other sport shirts with collars, slacks, khakis and conservative sun dresses.

> **Inappropriate Attire** - Tank tops, shorts, t-shirts, cutoffs, overalls, halter or midriff length tops, beach shoes and rubber flip flops.

D EEOC Production 00092

Employees are also reminded that if they will be representing the County out of the office or if they are expecting guests for a meeting that dress down attire is inappropriate.

County employees who conduct regular business with the Courts are reminded that the Board of Judges does not permit "dress down" attire.

## Smoking Policy

The County of Delaware is a non-smoking work place. Smoking areas are outside of the buildings and available to employees who wish to smoke. Please use the receptacles provided to dispose of cigarettes.

## Employee Parking

The County of Delaware has several parking garages which are available to employees on a first come basis.

Parking is a privilege. Parking it is not a guarantee, nor is it part of an employees' employment right.

> Vehicles which are parked illegally in Fire Lanes, Reserved Numbered Spaces or any other areas posted No Parking, will be towed immediately. No prior notice of towing will be given to employees violating parking procedures.

The County is not responsible for any damage to employees' vehicles within County garages.

## Inclement Weather

Each employee is expected to make an effort to be present for scheduled work when the County offices/facilities are open. As an employer engaged in providing services to the residents of Delaware County we incur an obligation to provide professional service.

## Safety

It is the County of Delaware's policy to protect and safeguard its employees. To accomplish this, each employee should review and follow the safety requirements for his/her job responsibilities. Employees who do not know the rule or the proper procedure, please ask the appropriate person.

## Firearms Policy

Only those employees of Delaware County who are expressly authorized by the County to possess or carry a firearm in the course of their employment are permitted to possess or carry a firearm

while on County property or while representing the County away from the employee's normal work location.

The possession of, or carrying of firearms, explosives or other lethal weapons by any other County employee while on County property or while representing the County away from the employee's normal work location is prohibited and shall be cause for immediate discharge.

Possession includes within a vehicle of any County employee on County property.

## Fire Safety

The best fire safety is Fire Prevention. County Employees are important members of not only our government, but also our Fire Safety Team. Become fire and safety conscious at all times.

Employees should maintain a safe work area by checking to see that all exits do not become blocked and that all fire safety rules pertaining to housekeeping and smoking are observed.

The members of the general public that come into our buildings during the course of the day do not know our buildings, our alarm sounds or escape routes. They are dependent on employees to exit safely during times of emergency. Do not leave them behind; gain their confidence by knowing what to do and where to go when an emergency is in progress.

**Whenever alarm bells sound in the building, employees are instructed to do the following:**

•Leave the building, walking to the designated exit for your department as directed in drills.

•Do not use the elevators. Elevators are unsafe, even hazardous, during fire emergencies for a host of reasons, not the least of which is their ability to transmit toxic gases.

•While leaving the building take all members of the general public with you, instructing them en route.

•Once outside the building, move away from the doors, driveways, etc. Go to your pre-planned assembly area. Be aware of the approach of the emergency vehicles responding to help.

•Do not return to the building until it has been checked by the responsible forces and you are instructed to return by the Park Police.

•If you discover a fire, see or smell smoke, operate the nearest alarm pull-station and immediately leave the building. Do not go for coats or personal items. Report your discovery to any fire, police or Park Police responding to the scene.

### Fire Prevention Rules

Good housekeeping is the basis for a safe work environment. It prevents accidents and fires and creates a professional work place. In order that employees might be able to recognize potential fire hazards and take the necessary measures to cope with them we provide the following guidelines:

•Keep aisles, halls and exit ways clear of chairs, boxes, tables, supplies, decorations, etc.

•Keep stock and storage rooms neat and clear of debris.

•On a daily basis discard all paper, trash, etc. that is no longer needed.

•When supplies are received, dispose of the cartons and put the supplies away immediately.

•Do not use electrical cords unless they have been approved for the appliance.

•When approved extension cords are used, protect them from mechanical damage. Do not walk on them, roll chairs over them or close doors and/or drawers on them.

•Do not overload electrical outlets. One appliance per outlet.

•If you have trouble with a machine or electrical appliance, do not use it. Have it repaired or replaced.

•Do not use space heaters. Not only are they a hazard to the papers, drapes, carpet and so forth in your office, they can ignite your clothing.

•It is the policy of the County that there will be no smoking in County Buildings. Observe all No Smoking regulations.

•Live Christmas Trees shall not be used.

•Christmas Trees shall be located in areas as remote as possible from doors, exit ways and stairs.

•Electric lights used as tree or other decorations shall display UL labels. Before use they should be thoroughly inspected for frayed wires, loose connections or other electrical defects.

## Security

All county employees will enter and exit through the main entrance of the building or the employee parking garage. All personnel will pass through the scanning area upon entry or by utilizing their access cards in an I.D. scan pad at a designated entrance.

Employees must have identification badges displayed in a visible manner at all times. Employees will pass through the scanning area. All bags, packages or other type containers will be searched and/or screened by Park Police or Deputy Sheriff.

Employees using an access card to enter a county building will not allow any access other than their own. If any employee observes any unauthorized access they should immediately notify the Park Police.

Employees entering the building in the off hours must report to the Park Police either in person or by telephone indicating entry into the building and their location. The same should be done when leaving the building.

No employee will loan or lend another employee or non-employee their access card for ingress or egress into or in and around a county building including the garage area. Employees in violation of this will be subject to disciplinary action up to and including dismissal.

Accommodations will be made for any person with a handicap or disability. Employees should discuss their condition with their physician and provide to the Personnel Department the appropriate medical information to be allowed accommodations as recommended.

The front doors of the Court House will be open between the hours of 8:00 a.m. and 4:30 p.m.

Employees arriving prior to 8:00 a.m. may enter through the Government Center. Employees entering the B-Level Garage between 7:30 a.m. and 8:45 a.m. must show the Officer their County I.D. Card. Any employee not producing a County I.D. card will not be permitted to enter the Garage. All occupants riding in the vehicle must also produce a County I.D. or must exit the vehicle and enter through the Government Center.

All employees are urged to have their I.D. Cards ready when entering the Garage.

### Lost I.D. Cards

If an employee loses his/her I.D. the employee will have to go to the Personnel/Employee Benefits Department for verification of the lost card and to fill out the proper paperwork to obtain a new I.D.

The cost of replacement will be $12.00.

## Bulletin Boards

Bulletin boards are located in various locations throughout the County of Delaware. Some of these boards are reserved for bargaining units, others are general information boards. Positions available are posted on bulletin boards in each building. Employees are not permitted to place anything on a Bulletin Board without prior approval from the Personnel/Employee Benefits Department.

## Cafeteria

The cafeteria is located on the ground floor of the Government Center Building and is open from 7:00 A.M. to 3:00 P.M.

## Telephone Calls

The County of Delaware's telephone lines should be kept open for essential business. We ask that personal, non-emergency calls be made from personal phones during breaks and lunch periods. No personal long distance calls may be made on facility phones.

D EEOC Production 00096

## Recycling

The County of Delaware participates in a program to recycle all office paper and cardboard materials.

All employees should have a desk side trash can without a liner to be used for discarded paper, envelopes, computer printouts, newspapers, magazines, cardboard, dry uncontaminated paper bags, napkins, message notes and post-its.

Employees should stack large quantities of cardboard boxes for maintenance to remove.

Each office is equipped with a central trash receptacle with a plastic liner. Items to be placed in this receptacle are:

- Tyvek envelopes
- Carbon paper
- Food contaminated paper/cardboard
- Used beverage cups and cartons
- Coffee cans, grounds, and used filters
- Tissues
- Candy/gum wrappers
- Plastic containers, wrappers and utensils
- Health and beauty products
- Fast food and take-out containers
- Mailing label backings
- Printer cartridges

The maintenance staff has been instructed not to collect desk side containers if they have non-paper waste in them. They will leave a pre-printed green post-it-note on the employee's desk to indicate that they couldn't empty the receptacle. Employees should remove the non-paper waste and put it in the special container for trash. Maintenance will then empty the paper receptacle on their next round. The "Green Team Representative" will be happy to help employees who have questions about what should not be in their office paper receptacle.

D EEOC Production 00097

D EEOC Production 00098

# Rules of Conduct

## Harassment & All Forms of Discrimination

Harassment of one employee by another will not be tolerated. Actions such as sexual threats, inappropriate comments, or physical contact of any nature are examples of harassment and will be considered justifiable grounds for discipline up to and including discharge. Any employee who feels that he/she is a victim of harassment/discrimination should immediately report the matter to his/her Supervisor, Director, or the County Personnel Director. Copies of the County of Delaware's Harassment/Discrimination Policy are on file in the County Personnel/Employee Benefits Department. All reports will be properly investigated and kept confidential.

### Harassment Grievance

Complaints of an act of harassment and/or retaliation that are in violation of any County Harassment Policy will be accepted in writing or orally and will be taken seriously and investigated.

If an employee believes that he/she is being harassed by an employee or any other person in connection with his/her employment with the County, the employee should report the incident to his/her Supervisor, Department Director or Personnel Director.

If the employee is uncomfortable reporting such concerns to his/her immediate Supervisor, the report may be made directly to the Director of Personnel or his designee.

A Department Director or Supervisor who receives information regarding a complaint must act on that complaint.

Only those who have an immediate need to know which includes the person to whom a report was made, the Personnel Director, the alleged target of harassment or retaliation, the alleged harasser or retaliator, and any witness, may be informed of the identity of the complainant.

The County will promptly investigate all allegations of unlawful harassment in a fair and timely fashion. If upon investigation, it is determined that the complaint is valid, immediate disciplinary action will be taken. Depending upon the severity of the harassment, the discipline may range from a warning to immediate termination. Frivolous claims of harassment may result in disciplinary action up to and including termination.

Everyone contacted during the course of an investigation will be advised that all parties involved in a charge are entitled to respect. Any retaliation or reprisal against an individual who is an alleged target of harassment or retaliation, or a person who has made a complaint, or a person who has provided evidence in connection with a complaint, will not be tolerated.

## Drug Free Work Place Policy

The County of Delaware is committed to providing a safe, drug free work environment. Consistent with that commitment, the County has established a policy that promotes a drug and alcohol-free work environment.

The policy prohibits:

- •The unlawful manufacture, distribution, dispensing, sale, possession, or use of drugs, drug paraphernalia, or any other controlled substance including alcohol.

- •Being under the influence of unlawful drugs or any other controlled substances, including under the influence of alcohol.

- •Possessing or distributing alcohol on County property, while using County vehicles, or while working.

In addition, provide written notice to the County of any drug or alcohol related charges or conviction resulting from a violation in the work place no later than five days after such charge or conviction. Failure to do so may result in disciplinary action up to and including termination. Employees convicted of a drug violation in the work place will be required to participate in an approved rehabilitation plan or be subject to disciplinary action up to and including termination. Additionally, an employee may also be subject to disciplinary action up to and including termination for an off-duty drug related offense. An employee suspected of being under the influence of alcohol or a controlled substance should be reported to the Personnel Department.

## Internet and Email Policy

Voicemail, email, and internet usage assigned to an employee's computer or telephone extensions are solely for the purpose of conducting County business and are the property of the County, not the employee.

Internet use, on County time, is authorized to conduct County business only. Internet use brings the possibility of breaches to the security of confidential County information. Internet use also creates the possibility of contamination to our system via viruses.

Additionally, under no circumstances may County computers or other electronic equipment be used to obtain, view, or reach any pornographic, or otherwise immoral, unethical, or non-business-related internet sites. Doing so can lead to disciplinary action up to and including termination of employment.

### Email Usage

Email is also to be used for County business only. Confidential information must not be shared outside of the County of Delaware, without authorization, at any time. You are also not to conduct personal business using the County computer or email.

## Social Media Policy

All employees are required to comply with the County's Social Media Policy. This policy can be found in the back of the handbook under Amendment A.

D EEOC Production 00100

## Cell Phone Policy

This policy about cellular phone usage applies to any device that makes or receives phone calls, leaves messages, sends text messages, surfs the internet, or downloads and allows for the reading of and responding to email whether the device is company-supplied or personally owned.

### County Owned and Supplied Devices or Vehicles

An employee who uses a County-supplied device or a County-supplied vehicle is prohibited from using a cell phone, hands on or hands off, or similar device while driving, whether the business conducted is personal or County-related. This prohibition includes receiving or placing calls, text messaging, surfing the internet, receiving or responding to email, checking for phone messages or any other purpose to your employment. Employees who violate this policy will be subject to disciplinary action, up to and including employee termination.

### Personal Cell Phone or Similar Device Use for Business

The County is aware that employees currently use their cell phones for business purposes while driving in their personal vehicle and using their personal cell phone or similar device.

The prohibition of cell phone or similar device use while driving includes receiving or placing calls, text messaging, surfing the internet, receiving or responding to email, checking for phone messages, or any other purpose related to your employment, the business, our customers, our vendors, volunteer activities, meetings, or any other County related activities not named here while driving. Employees who violate this policy will be subject to disciplinary action, up to and including employee termination.


## Attendance

Lateness and any unscheduled absence from the employee's job will create hardships for fellow employees and will not be permitted by the County.

If an employee is unable to report on time or must be absent from his/her job, he/she must promptly telephone his/her Department Director or designee.

When calling the department, employees must provide the reason for the late arrival or absence, the expected time of arrival or return to work, and the address and telephone number at which they can be reached. While it is not encouraged, it is recognized that there will be occasions when an employee is unable to call in personally.

In this case, the person calling for the employee must provide his/her name and the same information listed above.

Employees will be subject to disciplinary action for non-compliance. Nothing in this section will be construed to prevent Department Directors or designees from continuing to use or from implementing alternative call-in procedures for their department.

Absence for three (3) consecutive working days without notification to Supervisor or Department Director may be considered job abandonment.

D EEOC Production 00101

## Confidentiality/Conflict of Interest

All County Employees are expected to maintain the highest standards of personal and professional conduct.

Each employee should make a conscientious effort to practice security and safeguard vital information. Many of the documents which pass an employee's desk each day are of prime importance and considered to be confidential.

Unauthorized and improper release of personal information on individuals can cause great damage to innocent persons.

No employee may discriminate unfairly by the dispensing of special favors or privileges to anyone whether for remuneration or not, and never accept for oneself or anyone else favors or benefits under circumstances which may be construed by reasonable persons as conflicting with the honest performance of County duties.

No employee may engage in any business with the County, either directly or indirectly, which is inconsistent with the honest performance of official duties.

No employee may use information obtained confidentially in the performance of official duties as a means for making private profit.

No employee may enter into any private agreements which could in anyway be construed to be adverse to the public's interests.

Violations of this policy will not be tolerated and any appearance of impropriety, conflict of interest or breach of confidentiality may result in the immediate termination of the offending employee.

## Discharge or Disciplinary Action

County employees not subjected to a collective bargaining agreement or contract are at-will employees and maybe discharged with or without cause. Any employee shall be subject to an immediate discharge without notice for any of the following reasons:

a)      Physical assault or threat of physical assault;

b)      Theft or embezzlement;

c)      Under the influence of alcohol or a controlled substance while at work;

d)      Refusal to obey a reasonable order or a work assignment by a Supervisor;

e)      Sleeping while on duty;

f)      Absenting one's self without supervisory permission from the place of his/her work assignment.

The above list is by way of example and not intended to be all inclusive.

Improper actions taken outside the scope of County employment or agreements entered into which could in any way be construed to be adverse to the public's interest, or which create the appearance of impropriety or conflict of interest affecting the public's confidence in the full and proper discharge of the employee's duties may be cause for disciplinary action.

D EEOC Production 00102

In all cases involving the disciplinary action or discharge of an employee, the County must notify the employee as soon as practically possible.

Employees in positions covered by Labor Contracts should review the contract for more specific information.

## Grievance Procedure

The County is committed to the fair and honest treatment of employees in every respect. Despite this commitment, problems, misunderstandings, and frustrations can still occur. Each employee is encouraged to first discuss any problem regarding conditions of employment with the immediate Supervisor. If the problem is not resolved to the employee's satisfaction, a grievance may be filed.

A grievance shall be defined as a difference, dispute or controversy between an employee and the County relative to the individual's employment.

Employees covered under a Labor Agreement, by membership in a Union or Fair Share Agreement, will be bound by the terms of that particular contract.

All other employees shall abide by the following procedures:

### Step 1

The employee shall first present a grievance to his/her immediate Supervisor, provided such grievance is presented within seven (7) work days after the employee knew or should have known of the occurrence of the event upon which such grievance is founded. The first-level Supervisor shall respond to such grievance within forty-eight (48) hours of receiving the same. If the Supervisor does not respond during this period, or if the employee is not satisfied with the determination of such Supervisor, the employee may proceed to Step 2 provided it is done within seven (7) work days of the expiration of the forty-eight (48) hour period.

### Step 2

The employee shall present the grievance in writing to his/her Department Director within the seven (7) work day appeal period. The Department Director shall attempt to resolve the matter and render a written decision within seven (7) work days of its presentation. If a satisfactory settlement is not reached, or if a decision is not made by the Department Director within the seven (7) work day period, the employee may proceed to step 3.

### Step 3

The employee shall deliver the written grievance to the County Personnel/Employee Benefits Department provided it is done within seven (7) work days of the decision rendered in Step 2, or if no decision has been rendered within seven (7) work days of the expiration of the period. In the event a decision by the Personnel/Employee Benefits Department has not satisfactorily resolved the grievance or if a decision has not been rendered within fourteen (14) work days of the submission of such grievance, the employee may proceed to the Board of Personnel Grievances.

In the case of disciplinary suspension, grievances must be submitted to Step 2 within three (3) work days of receipt of notification by the employee. In the case of discharges, grievances must be submitted to Step 3 within three (3) work days of receipt of notice by the employee.

If a grievance is not appealed within the time limits set forth, the grievance shall be deemed to be settled on the basis of the decision last made and shall not be eligible for further discussion or appeal. If a decision is not rendered within the time limits set forth, then the grievance shall be deemed to be denied and the grievance may be appealed to the next step if within the time limits established for such appeal.

# Leaves

## Jury Duty

An employee serving on Jury Duty will be excused with pay for the time lost during his/her basic work week(s), provided he/she turns in to the County Treasurer any pay received for such Jury Service and presents a receipt from the County Treasurer to his/her Supervisor. Employees are no longer exempt from serving on any Commonwealth Jury.

## Funeral Leave

In the event of the death of a member of the immediate family (which is limited to father, mother, step-father, step-mother, wife, husband, mother-in-law, father-in-law, child, brother, sister, grandparent, grandchild, sister-in-law and brother-in-law), an employee shall be allowed up to three (3) working days of absence, with pay, for the purpose of attending to the arrangements of the funeral and/or attendance at the funeral. In the event of the death of an aunt, uncle or great grandparent, an employee shall be allowed one (1) working day of absence, with pay, for the purpose of attending the funeral. Funeral leave will be granted upon receipt of an obituary notice.

## Military Leave

In accordance with the Uniformed Services Employment and Reemployment Rights Act of l994, (USERRA) Reemployment rights are extended to employees who are absent from work due to "service in the uniformed services." Uniformed services includes the Army, Navy, Marine Corps, Air Force, Coast Guard, Army Reserve, Naval Reserve, Marine Corps Reserve, Air Force Reserve, or Coast Guard Reserve, Army National Guard, Air National Guard, and commissioned corps of the Public Health Service. Uniformed services also includes any other category designated by the President in the time of war or other national emergency. This includes voluntary as well as involuntary service. It also includes active duty, active duty for training, initial active duty for training, full-time National Guard duty, and any absence from work relating to an examination of a person's fitness for duty in any of the above types of duty.

The County of Delaware will issue full pay to any reservists for his/her mandatory two week active duty obligation.

Employees are required to give advance notice, except for an immediate military necessity or some other emergency circumstance. Notice must be written and include present orders. This may be provided by either the employee or by an appropriate officer of the branch of the military in which the employee will be serving.

## Sick Leave

Sick leave is an excused absence from work due to illness. It will only be paid for the legitimate illness of the employee; it is not intended as additional time off. In order to be paid for an illness, an employee must notify his/her Department Director/Supervisor according to departmental

procedures. Proof of illness in the form of a medical certificate shall be required if an employee is absent for three (3) consecutive working days. For absences of less than three (3) days, a doctor's certificate may be required if the County has reasonable grounds to believe that the employee has been, or is, abusing their sick leave privileges. Employees who report to work at any time during that day or leave work due to illness will be charged sick time for all time not worked.

## Sick Leave Eligibility

Employees shall earn sick leave at the rate of one (1) day per month excluding probationary employees. Probationary employees shall earn sick leave; however, that sick leave shall not be utilized but credited until the employee successfully completes his/her probationary period. Employees who do not successfully complete their probationary period shall lose sick leave.

Eligibility may change due to individual union contracts.

## Personal Leave

Personal Leave may be granted to employees for medical reasons who are out of his/her probationary period but have not been here a full year. Personal Leave must be approved by the Director of Personnel. Employees on Personal Leave will not be entitled to pay for holidays. Accrued vacation, sick benefits and pension will be discontinued during Personal Leave.

## Family and Medical Leave

### Basic Leave Entitlement

The Family and Medical Leave Act (FMLA) requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care of child birth;

- To care for the employee's child after birth, or placement for adoption or foster care;

- To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or

- For a serious health condition that makes the employee unable to perform the employee's job.

### Eligibility Requirements

Employees are eligible if they have worked for a covered employer for at least one year, for 1,250 hours over the previous 12 months, and if at least 50 employees are employed by the employer within 75 months.

Employee's inquiring about Family Leave should contact the Personnel/Employee Benefits Department.

D EEOC Production 00106

## Definition of Serious Health Condition

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents that employee from performing the essential functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to chronic condition. Other conditions may meet the definition of continuing treatment.

## Military Family Leave Entitlements

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period.

A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the services member is undergoing medical treatment, recuperation, or therapy or is in outpatient status or is on the temporary disability retired list.

## Use of Leave

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

## Substitution of Paid Leave for Unpaid Leave

If an employee is granted a Family Medical Leave for a serious health condition of their own, they must use their accumulated sick time before using any accumulated vacation time. If the leave is for a family member, all accumulated vacation time will be used before accumulated sick time is used.

## Employee Responsibilities

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedure.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

## Employer Responsibilities

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employee's rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

## Family Leave Calculations

The county uses the calendar year to calculate FMLA leave.

## Short Term Disability

After one (1) year of continuous service, all non-bargaining employees and certain bargaining employees are entitled to Short Term Disability. This is a fully funded County benefit for any non-work related illness or injury. Employees must apply in writing to the Personnel/Employee Benefits Department for this benefit and have attached a physician's note indicating the reason and approximate length of time required for this disability. The Personnel/Employee Benefits Department will then send additional forms to be completed by the employee and his/her physician. Once received, the Personnel/Employee Benefits Department will notify the employee in writing of the status of the claim and, depending on length of service, the amount of money the employee will receive and for what period of time. The Family Medical Leave Act runs concurrently with Short Term Disability. Employees must use sick and vacation time during the deductible period (if applicable).

## Long Term Disability

Employees who have exhausted their County Short Term Disability and are deemed medically unable to return to work are eligible to apply for Long Term Disability. Again, this is a fully-funded benefit of the County of Delaware at no cost to the employee. As with Short Term Disability, forms will be sent for completion after an employee has been disabled for five (5) months. The Personnel/Employee Benefits Department will then submit these forms to the Insurance Company for determination. Employees on Long Term Disability are separated from the County payroll, but may, when medically able, re-apply for the next available position if they are qualified to perform the job duties of that position. Every reasonable accommodation will be made by the County of Delaware.

> County policy states that no employee can be absent from their position for more than six (6) months during a twelve (12) month period or they may be removed from payroll with the County of Delaware..

## Unauthorized Leave

Any employee who is absent from work without authorization will not be compensated and may be subject to discipline. If the unauthorized leave last for three (3) regularly scheduled work days or more, the employee may be considered to have abandoned his/her job and can be separated from employment with the County of Delaware

D EEOC Production 00110

# Employee Benefits

## Introduction

The following benefits are provided by the County of Delaware to those County employees whose employment status makes them eligible to receive such benefits. Generally, this benefit package is the same for all eligible employees. However, for those employees who are covered by a labor contract, the total benefit package may vary. Employees in positions covered by labor contracts should request a copy of their labor contract from their Union Representative to note the specific benefits.

## Health Care Benefits

The County of Delaware offers health coverage to its full time employees and their eligible dependents. In most cases, employees must complete ninety (90) consecutive days of employment to be eligible for Health Benefits. Becoming eligible does not necessarily mean automatic coverage.

> Employees must complete an application form for whichever plan they choose and submit this form to the Personnel/Employee Benefits Department within the designated time period.

A detailed plan description of health benefits will be distributed at orientation and each employee must decide which plan is best for his/her needs.

If an employee chooses not to enroll in any of the health care benefits, a waiver of enrollment form must be completed. This form can be obtained from the Personnel/Employee Benefits Department. Signing this waiver does not preclude an employee from obtaining health benefits at the annual Open Enrollment.

### Medical Buyout Program

The medical buyout program allows an employee to decline medical and prescription coverage from the County of Delaware and obtain cash payment instead.

This payment is fully taxable to the employee. This option would be useful to an employee currently with double coverage who would benefit from additional income. No employee will qualify for this option that does not first show evidence of medical coverage elsewhere.

If an employee is electing to waive benefits, the Cash Buyout election form must be completed and returned to the Personnel/Employee Benefits Department of the County along with a letter from the HR Department or the other insurance plan in which the employee is enrolled. Medicaid/Medicare does not qualify as alternative coverage.

D EEOC Production 00111

This option does not apply to an employee who has coverage through a spouse or parent that is also employed by the County of Delaware.

Please note, to have medical coverage as a retiree through the County you must be enrolled in one of the county's offered health care plans for at least one (1) year prior to retiring.

## Open Enrollment and Dependent Coverage

Open Enrollment is held once a year to inform employees of any changes or additions in medical coverage. Although not mandatory, the County of Delaware strongly urges all employees to attend one (1) of the scheduled meetings. Open Enrollment also enables employees to make changes from one plan to another or to add dependents.

Other than Open Enrollment, the only time employees can add dependents is within thirty (30) days of the birth or adoption of a child and spousal coverage within thirty (30) days of marriage.

> Employees must complete an application and include a copy of the hospital birth record and/or legal adoption papers or a copy of the marriage certificate.

Employees who have questions regarding this procedure must contact the Personnel/Employee Benefits Department.

## COBRA

Full Time employees who voluntarily terminate employment, or who are terminated, may be eligible for continuation of health benefits.

The Personnel/Employee Benefits Department will outline the steps necessary to apply for Cobra when the need arises.

## Life Insurance

In most cases, after ninety (90) days a full-time employee is eligible for Term Life Insurance and an Accidental Death and Dismemberment Policy. There is a monthly charge to employees for this insurance. A group enrollment card will be provided at orientation in order to enroll and list designated beneficiary(ies). For the employee's protection, any changes of beneficiary(ies) must be done, in person, in the Personnel/Employee Benefits Department. Employees **must** have their County employee identification card with them in order to make a change.

## Vacation

The County recognizes that employees need to spend adequate time away from the work place to protect the employees' mental and physical well-being and continued productivity on the job.

The Vacation Leave Policy is designed to encourage full-time employees to take vacation in increments of a week at a time.

D EEOC Production 00112

## Full-Time Employees

After the first three (3) months of employment, an employee shall earn one (1) vacation day per month for the remainder of the year subject to a maximum of ten (10) days.

Beginning on January 1st of the calendar year following the completion of the first three (3) months, the employee shall be entitled to two (2) weeks vacation, ten (10) days earned at the rate of two (2) days per month by working the months of January through May. Vacation Days may be used any time after they are earned.

If an employee begins work on or before the fifteenth (15th) day of any month, the month will be counted as a month worked toward earning vacation entitlement. If an employee begins work on the sixteenth (16th) day of the month or thereafter, the month will not count. The following schedule shall apply after the first year:

## Non-Bargaining

| | |
|---|---|
| Year 1 through completion of 5 years: | 10 days |
| 5 years and a day through completion of 14 years: | 15 days |
| 14 years and a day through completion of 19 years: | 20 days |
| 19 years and a day plus: | 25 days |

All full-time bargaining employees should consult their applicable union contract.

## Scheduling Vacation

Employees should submit their tentative vacation schedules to the Department Director no later than May 1st of each calendar year. This will allow the Department Director to approve vacations without any disruption of service to the public or normal operations of the department.

Employees who wish to change the original approved vacations must submit the request in writing at least ten (10) days prior to day or days requested.

Scheduling conflicts between Bargaining employees in a department will be resolved by seniority.

Scheduling conflicts between Non-Bargaining employees will be resolved by the Department Director.

Any vacation submitted after May 1st shall be scheduled on a first come first served basis.

## Eligibility for Vacation Pay at Termination

Employees who resign voluntarily or whose employment has been terminated will be compensated for all earned unused vacation in a lump sum payment within thirty (30) days from last date of employment.

D EEOC Production 00113

**Accumulated Vacation Leave**

If an employee earns at least two weeks vacation per year, he/she may carry five vacation days into the new calendar year. However, these five days must be taken before the end of February for non-bargaining employees, or as determined by your collective bargaining agreement for bargaining employees. If these days are not taken before the last day of February, they are forfeited. Employees intending to carryover vacation days must provide written notification of their intentions to the Personnel/Employee Benefits Department and their Department Director by June 1st of the year preceding the carryover.

If an employee's date of hire anniversary is after the 15th day of December, the employee will not receive the additional week of vacation (i.e. the 3rd, 4th, or 5th week) until the following calendar year. Salary will not be paid for any unused vacation leave unless employee terminates.

**Holiday During Vacation Leave**

If a Holiday observed by the County occurs during vacation leave the employee will be entitled to the Holiday and will not be charged with a vacation day.

## Holidays

All full-time employees receive fifteen (15) paid holidays per year. The holidays are as follows:

| | | |
|---|---|---|
| 1. New Year's Day | 2. Martin Luther King | 3. President's Day |
| 4. Good Friday | 5. Primary Election Day | 6. Memorial Day |
| 7. Independence Day | 8. Labor Day | 9. Columbus Day |
| 10. Election Day | 11. Veterans Day | 12. Thanksgiving |
| 13. Day after Thanksgiving | 14. Christmas | 15. Floating Christmas Day |

The above holidays are standard but the particular day on which the holiday is celebrated may change on a year to year basis. The County will publish the change as soon as possible. These holidays are subject to change.

**Eligibility for Holiday**

In order to be eligible for paid holidays, employees must work the last scheduled day immediately preceding the holiday and the first scheduled work day immediately following the holiday.

## Deferred Compensation

In addition to the County of Delaware Pension Plan, employees may participate in a Voluntary Deferred Compensation Plan through payroll deduction. An employee may select from a variety of plans. All program participation is in accordance with applicable Federal legislation and regulations.

An employee may gain information and participate in the program by contacting the Personnel/Employee Benefits Department.

## Credit Union

All Delaware County Employees are eligible to become members of the Franklin Mint Credit Union. Information may be obtained by calling the Credit Union at one of its various locations. Direct payroll deposit can be arranged through the County Payroll Department.

D EEOC Production 00115

D EEOC Production 00116

# Pension

## Forward

The Delaware County Employees' Retirement System provides benefits upon retirement depending on age and years of service at retirement and other factors. The system also provides for disability allowances in the event of an employee's total disability and for benefits to the employee's beneficiary upon death. It is important that each Member knows the benefits.

This "Summary Plan" is for the express purpose of helping employees understand the provisions of the retirement system. Although it is in summary form, it does reflect the intent of the "County Pension Law," Act 96 of 1971. The Pension Plan is a governmental

## Administration

Your retirement system is administered by a Retirement Board consisting of five members: three Members of Council, the County Controller, and the County Treasurer.

## Membership Eligibility

All full time and appointed county employees except those employees hired on a part-time basis are automatically members of the Plan when they first become employees. Elected officials.

## Original and New Members

If you were a regular county employee on the date the Pension Plan was established, you are known as an "original member" and will get full credit for service prior to the date the Plan was established. Such service is referred to as "prior service."

If you were first hired after the Pension Plan was established, you are known as a "new member" and will receive credit for each year, month, and day of your service during membership in the plan.

## Contributory System- Member Contribution

The Retirement System is a contributory plan; that is, both the County and employees contribute to provide the retirement and related benefits. The level of employee contributions is determined by the "class basis" of the County.

Delaware County employees are currently in the "1/80" class. Under the County Pension Law, each employee is required to contribute a minimum of seven percent (7%) of salary to the Retirement System. (This amount is automatically deducted from an employee's paycheck.)

From January 1, 1952 to December 31, 1980, employees of Delaware County were in the "1/100" class. If you were a Member during that earlier period, you made mandatory contributions of six percent (6%) of your salary. From January 1, 1941 to December 31, 1951, Delaware County

employee were in the "1/120" class and if you were an employee during that period, you made mandatory contributions of five percent (5%) of your salary.

You may also voluntarily elect to contribute up to an additional ten percent (10%) of your pensionable wages through payroll deduction on an after-tax basis. Voluntary contributions are subject to federal income taxes in the year contributions are made. If you elect to voluntarily contribute more than the required minimum, those additional contributions and interest paid by the county increase the portion of your pension that is based on your contributions, but there is no corresponding increase in the county's portion of your pension.

## Contributory System - County Contribution

In addition to the contributions you make to the Retirement Fund, the county contributes to the Fund amounts that are actuarially determined to be sufficient to build up and maintain the necessary reserves for the payment of all benefits.

### Interest Credit

Your member contributions receive interest for the entire time the money is in the Fund up to the date of retirement, death, or withdrawal. The Retirement board determines before January 31 of each year the rate of interest to be credited to your member account for that year. The rate of interest will be in the range of 4.0 - 5.5 percent, as determined by the Board.

### Investments

The Retirement Board are the trustees of the Retirement Fund and are responsible for investing the funds subject to the limitations imposed by law upon fiduciaries, which requires the Board to prudently invest the assets of the Retirement Fund or select appropriate investment managers whose efforts they monitor.

### Refunds

You may receive a refund of your contributions and interest (accumulated deductions) only when you leave county service. If you leave county employment before completing five years of service and have not reached the age of 60, or you die before completing 10 years of service, the total accumulated deductions will be refunded to you. You cannot receive a partial refund or loan. There is an additional 10 percent federal tax on the taxable portion of your refund if you are not age 59 ½ and you don't rollover the taxable portion into an IRA account or another "qualified plan."

### Return to Service/Purchase of Prior Service

If you left county employment and then you returned to county service, credit for your former service will be restored if you repay to the Fund the accumulated deductions that were previously refunded. This amount may be paid in a lump sum or by installments, but the amount must be repaid before your retirement. Such repayment is optional; however, you are encouraged to repay

the amount as soon as possible because if the amount is not repaid before you die or retire you will not receive full credit for the previous service. Contact the Personnel/Employee Benefits Department for more information.

## Military Service Leave of Absence

### Intervening Military Service

A member who has 6 months or more of credited county service and is then inducted or enlists for military service during a period declared by the President or Congress to be a time of war, armed conflict or national emergency, is entitled to service credit under the Plan during such military leave and the county will make the member contributions at the minimum rate based upon the salary the member was receiving at the time of his/her entry into active military service in addition to the interest credit.

### Non-Intervening Military Service

If you have 3 years of County service, you may purchase and receive credit for active military service not to exceed 5 years that was served before being employed by the county. Upon making an application you must present evidence of your active service and type of discharge (DD-214 form). You must have received a discharge other than an undesirable, bad conduct or dishonorable. In addition, you may not receive credit for military service if you are receiving, or are eligible to receive, now or in the future, retirement benefits for the same service under a retirement system of any other governmental agency, except as required by federal law under 10 USC sections 12736. Contact the Personnel/Employee Benefits Department for more information.

## Death Benefits

If you should die in active service after age 60 or after 10 years of credited service, a lump sum death benefit will be paid to your designated beneficiary(ies). The lump sum death benefit will include both your member and county money. The amount is determined by calculating the present value of what the pension would be if you had retired at the time of death. Upon reaching age 60 or after completing 10 years of service, you may file with the Personnel/Employee Benefits Department to have your preretirement death benefit paid as a monthly lifetime pension to your beneficiary rather than a lump sum. The monthly pension is determine by calculating what the pension would have been if you had retired at the time of death and selected an Option 2 pension (100% joint-life pension).

## Early Retirement

### Voluntary

You are eligible for a voluntary retirement pension if you have 20 years of credited service and have not reached the age of 55 and your termination from County employment is voluntary.

**Involuntary**

You are eligible for an involuntary retirement pension if you have 8 years of credited service and your termination from County employment is not voluntary or if you are an elected official, and you separated from County service after 8 years of credited service when your term of office expires.

Early retirement pensions are actuarially reduced from normal benefits to account for the expected longer period of payment.

## Vesting

If you leave the county's employment for any reason after having attained age 60 or completed 5 years of county service, you are considered to be 100 percent vested. You have the right to receive a deferred normal pension, called a "vested pension" upon reaching superannuation retirement age; provided you survive to superannuation age and you leave your accumulated deductions on deposit in your individual member account. The accumulated deductions will continue to earn regular interest until your pension begins. If you choose to withdraw your accumulated deductions, you will forfeit your "vested pension".

If, after vesting, you die before being eligible for a deferred pension, the full amount of your accumulated deductions including interest to the date of death will be paid to your estate or to your designated beneficiary.

If you terminate county employment before you earn 5 years of service and vest in a benefit, or if you are an employee and die before completing 10 years of service, the amount of your contributions and interest in your account will be paid to you, or, in the event of your death, to your beneficiary, or to your estate if there is no beneficiary.

## Retirement Allowance Computation

The Retirement Allowance (pension) is composed of two parts computed in different ways.

a)   **County Portion:** A "defined benefit" plan. The computation of the pension attributable to County contributions is based upon a formula. The "Final Average Salary" (the average of the Member's salary for the three years in which it is highest) is divided by the Class fraction to determine the credit for each year of service under that Class. That annual credit is then multiplied by the number of years of service in that Class. If Membership has extended over a number of different Classes, then a separate computation is made for each of the periods in which you were in a particular Class, and the results are added together. The resulting total is the amount of the **annual** County Portion at age 60 or older.

b)   **Member Portion**: A "money purchase" plan. The Accumulated Deductions provide a pension based upon the retirement age of the Member.

> The Retirement Allowance is the combined total of the County Portion and Member Portion. The total worth of, or reserve required for, this pension is known as the Present Value at time of retirement.

## Application for Retirement

If you are interested in retiring, you can request an estimate for your Retirement Allowance or a refund of your Accumulated Deductions from the Personnel/Employee Benefits Department.

## Options Available at Retirement

If you qualify for a Retirement Allowance, you must elect to receive it either on the full ("No Option") basis or under one of the options described below. The options are as follows:

(a) **No Option** - Under this option, you will receive a full monthly pension for as long as you live with the guarantee that if the total pension you receive to the date of your death is less than what your member's accumulated deductions were at the time of your retirement. The balance will be payable to your designated beneficiary(ies). Under this option, you may name a beneficiary(ies). Please note that you may change your beneficiary(ies) as needed by contacting the Personnel/Employee Benefits Department.

(b) **Option 1** − Under this option, you will receive a lesser monthly amount than the full No Option pension for as long as you live with the added guarantee that if the total pension you receive to the date of your death is less than the Present Value of your pension (i.e., member and county money) at the time of your retirement, the balance will be payable to your designated beneficiary(ies). Under this option, you may name a beneficiary(ies). Please note that you may change your beneficiary(ies) as needed by contacting the Personnel/Employee Benefits Department.

(c) **Option 2** − This is a one hundred percent (100%) joint-life pension which is based upon your age and the age of your designated beneficiary and is payable as long as either lives. If your designated beneficiary survives you, the base monthly pension paid to you will continue to your designated beneficiary for the balance of his or her life. If your designated beneficiary predeceases you, you will continue to receive a monthly pension until your death at which time all monthly payments stop. If the total pension you and your designated beneficiary received is less than what your member's accumulated deductions were at the time of your retirement, the balance will be paid in a lump-sum to your contingent beneficiary(ies). Please note that your designated beneficiary may not be changed; contingent beneficiary(ies) may be changed as needed by contacting the Personnel/Employee Benefits Department.

(d) **Option 3** − This is a fifty percent (50%) joint-life pension which is based upon your age and the age of your designated beneficiary and is payable as long as either lives. If your designated beneficiary survives you, one-half of your base monthly pension will be paid to your designated beneficiary for the balance of his or her life. Thus, compared to the benefits under Option 2, Option 3 gives you a larger monthly amount but gives your surviving designated beneficiary a smaller monthly amount. If your designated beneficiary predeceases you, you will continue to receive a monthly pension until your death at which time all monthly payments stop. If the total pension you and your designated beneficiary received is less than what your member's accumulated deductions were at the time of your retirement, the balance will be paid in a lump-sum to your contingent beneficiary(ies). Please note that your designated beneficiary may not be changed; contingent beneficiary(ies) may be changed as needed by contacting the Personnel/Employee Benefits Department.


(e) **Option 4** − Under this group of options, you may choose to withdraw in one payment at retirement the accumulated deductions credited to your individual member account. This amount is eligible to be rolled over. Any portion not directly rolled over is subject to Federal Income Tax and twenty percent withholding, in accordance with IRC section 402 (c).

In addition to the amount you withdraw, you will also be entitled to receive a monthly pension as provided by the county.

**Option 4(A)** – This provides that you withdraw in one payment at retirement your accumulated deductions and you receive your county annuity payable throughout your lifetime.  Monthly benefits stop upon your death.

**Option 4(B)** – This is similar to Option 4(A), except that the monthly benefit amount is reduced because if you die before receiving in payments the present value of the county annuity (determined as of your retirement), the balance will be paid as a lump sum to your beneficiary. Please note that you may change your beneficiary(ies) as needed by contacting the Personnel/Employee Benefits Department.

**Option 4(C)** – This is similar to Option 4(A), except that the monthly benefit amount is reduced because upon your death. The amount of your base county annuity shall be paid to your designated beneficiary for his or her lifetime. Please note that your designated beneficiary may not be changed.

**Option 4(D)** – This is similar to Option 4(A), except that the monthly benefit amount is reduced because upon your death. One-half of the base county annuity shall be paid to your designated beneficiary for his or her lifetime. Please note that your designated beneficiary may not be changed.


If you are not age 55 and do not rollover the taxable portion of the amount withdrawn to an IRA or other "eligible retirement plan," federal tax law imposes an additional 10 percent tax on the taxable portion of the distribution.

D EEOC Production 00122

## Monthly Payment of Retirement Allowance

Your Retirement Allowance is payable "in arrears" at the end of each month. Thus, if your effective date of retirement is other than the first day of the month, your first monthly payment will be prorated for the number of days you were in retirement that month.

## Designation of Beneficiary

The Retirement Board has the authority, but is not required, to provide cost-of-living increases to retired members. Whether or not cost-of-living increases have been given in prior years is not an indication of whether any cost-of-living increases will be provided in any future year. For retirement planning purposes you should assume that no cost-of-living increases will be provided after you retire.

## Cost-of-Living Increase for Present Pensioners

The Retirement Board has the authority, but is not required, to provide cost-of-living increases to retired members. Whether or not cost-of-living increases have been given in prior years is not an indication of whether any cost-of-living increases will be provided in any future year. For retirement planning purposes you should assume that no cost-of-living increases will be provided after you retire.

## Leave-of-Absence Without Pay

Contributions are not required during a "leave without pay." Consequently, you will not receive service credit for benefit purposes but credit will be given if, with the prior approval of the Retirement Board, you pay both the Member and the County Contributions for the period of leave.

## Miscellaneous

### Assignment of Benefits

You cannot assign, pledge, encumber or otherwise alienate benefits payable under the Retirement System prior to the receipt of those benefits.

### Terms and Conditions of Employment

Neither the establishment of the Retirement System, nor your membership in it will be deemed to constitute a contract of employment.

### Plan Changes and Termination

The right to amend, suspend and/or terminate the Retirement System is reserved by the County. Certain changes may be made in response to changes in the County Pension Law or the IRC. If the Retirement System is terminated, or if County contributions are completely suspended, all participants will become fully vested in the full amounts standing to their credit under the Retirement System.

D EEOC Production 00123

## Payments to Minors, etc.

Any benefit payable to or for the benefit of a minor, an incompetent person or other person incapable of responsibly receiving such benefit may be paid to such person's guardian or to the party providing or reasonably appearing to provide for the care of such person.

## Controlling Law

The Retirement System will be construed and enforced according to the laws of the Commonwealth of Pennsylvania to the extent that those laws have not been preempted by Federal law, which will otherwise control. The Retirement System is intended to comply with Section 401(a) and related provisions of the IRC in order to be deemed a "qualified" pension plan under the IRC.

## Loss, Disqualification or Forfeiture of Benefits

Your benefits are exempt from levy sale, garnishment, attachment or any other process and may not be assigned except for indebtedness due the County resulting from embezzlement or fraudulent conversion. In addition, if you are convicted or plead guilty or no defense to any crime related to public office or employment, you will not be entitled to receive any Retirement Allowance or other benefit except for a return of your Member contributions without interest.

## Taxation of Retirement Allowances or Other Benefits

Generally, benefits payable from the Retirement System are exempt from Pennsylvania taxes and local taxes (other states may differ). Federal tax treatment may vary depending upon the nature of benefits received and the form of payment. You should consult with your tax advisor in planning for the receipt of your Retirement Allowance and/or Accumulated Deductions.

D EEOC Production 00124

# Amendment A

### SOCIAL MEDIA POLICY OF
### THE COUNTY OF DELAWARE,
### COMMONWEALTH OF PENNSYLVANIA

I.      Purpose of Social Media Policy

The purpose of the Social Media Policy ("Policy") is to establish the Delaware County's ("the County") general standards and responsibilities for the acceptable and appropriate use of social media.

The County recognizes that social media may be an effective way to reach its current and potential citizens. If the County approaches social media in compliance with this Policy, the County anticipates communicative benefits for citizens as well as the County. These anticipated benefits include: ability to reach citizens more quickly; ability to target communications to specific groups; facilitate action/collaboration; inform citizens of emergencies; educate citizens about emergency and safety procedures; increase citizen/County engagement; increase in accessibility of the County's mission to serve its citizens.

II.     Application

This policy shall govern the use, administration, management, monitoring, compliance, and retention of social media. The Policy shall be consistent with all laws and regulations that are applicable to this jurisdiction including, but not limited to Pennsylvania state law and federal law.

County officers/employees
This policy applies to all uses of social media by County officers and employees that maintain, use, or provide oversight of County social media tools and networks. Employees subject to this policy include, but are not limited to, full-time and part-time employees, contractors, interns, and volunteers that access or contribute to County social media content.

Members of Public
This policy applies to members of the public who comment or otherwise interact with the County through County social media websites, webpages, networks, pages, and all related social media.

III.   Definitions

1.  Social Media are those websites and applications used for social networking. Social media utilizes Internet technologies to facilitate and promote interactive communication, participation, and collaboration. Social media includes, but is not limited to, these sites and application: Facebook, Twitter, YouTube, LinkedIn, Instagram, Foursquare, Yelp, Wikipedia, Flickr, Pinterest, MySpace, GooglePlus+, Meetup, CaféMom, Tagged, LiveJournal, myLife, DeviantArt, Ning, and Ask.fm.

2.  Social Network refers to any interaction between a participant and any interaction between a participant and any site deemed, but not limited to, social media as defined.

3.  Authorized Social Media User or "authorized user" is any County employee, contractor, consultant, vendor, or any other County employee responsible for the use, administration, management, monitoring, and/or retention of social media, social media tools or websites, and/or social media content, in the name of or on behalf of the County.

4.  Social Media Content is any and all material, documents, photographs, graphics, and other information that is created, posted, distributed, or transmitted via social media.

IV.   Social Media Use Standards and Guidelines

All social media usage on behalf of the County or in any manner that appears to represent or be associated with the County or is or may be considered communication made by the County must comply with the following standards and guidelines:

1.  No County officer or employee may establish, create, or terminate/cancel any social media account in the County's name or on behalf of the County unless the employee has been authorized to do so by the County's designated officer/employee.

2.  All information and communications posted and made available on the County's social media networks, sites, pages, accounts, and any and all social media must be approved by the County's designated officer/employee.

3.  The County's social media shall only post information and communications related to the County. Communications and postings that are not related to the County are prohibited. This standard/guideline, "related to the County" shall be construed narrowly.

4. All information transmitted via County social media sites or pages that are urgent or are related to an emergency shall be approved by the County's designated officer/employee.

5. No photos, videos, or other multimedia files may be posted to the County's social media site or page unless the County was given express permission by the copyright holder to do so.

6. County officers and employees are obligated to report misuse of the County's social media to the County's designated social media officer/employee.

7. <u>Personal Use of Social Media:</u>  This Policy is not intended to govern officer/employees' establishment or use of personal social media for personal purposes, outside the workplace and using non-County information systems (smartphones, tablets and/or personal computers).  However, some such personal use of social media may reflect on the County or appear to represent County policy or to be on behalf of the County.  Accessing and using personal social media accounts is prohibited on County information systems, including but not limited to, County issued smartphones, tablets and/or computers.  Any access or use of personal social media accounts via County information systems is subject to any and all County policies and procedures.  For these reasons, County officers and employees are expected to comply with all County policies as well as the following standards when using personal social media accounts:

   (i)   County officers and employees have no right to privacy with respect to their personal use of social media or personal social media accounts accessed via County information systems, such as County-issued smartphones, tablets and/or computers.  They should not expect or assume privacy or confidentiality with respect to such personal social media use or social media content.

   (ii)  Posting or user profiles on personal social media accounts must not state or imply that the views, postings, conclusions or other social media statements are an official policy, statement, position or communication of the County of Delaware, or represent the views of the County or any County Officer or employee.

   (iii) Any user profile, biography, or posting on a personal social media account that identifies the person as a County employee must include a qualifying statement in substantially the following form: "The views I express on this site are my own and do not reflect any official view or position of the County of Delaware."

8. The following is a non-exhaustive list of prohibited use of the County social media:

 (i)  The unlawful use of social media. Use is unlawful if it does not comply with the federal state, and local laws.

 (ii)  The County social media shall not violate copyright, trademark, or any other intellectual property rights of a person, entity, organization, or otherwise interfere with or violate another's legal ownership interests in intellectual property.

 (iii)  The County social media shall not contain profanity, ethnic slurs, defamatory, discriminatory or harassing language, or language/messages that would violate any other policies held by the County.

 (iv)  The County social media shall not violate any terms or conditions of use of any social media website or network.

 (v)  The County social media content shall not contain language or messages that violate the County's Sexual Harassment Policy. The County's social media content shall not be in any way sexually suggestive or contain any explicit sexual jokes, images, cartoons, messages, or other related material.

 (vi)  If there is any question as to whether anticipated social media content is in violation of this Policy, questions and approval shall be sought from the designated County officer/employee.

V. <u>Interactive Communications</u>

1. The County's social media sites, pages, and accounts may be considered a "limited public forum" under the First Amendment.

2. It shall be the County's general policy to disable the comment feature on the County's social media accounts and sites unless otherwise directed by the County's designated officer/employee. Thus, only those comments made by the County shall appear on the County's social media accounts and sites unless otherwise directed by the County's designated officer/employee.

3. If the County expressly permits interactive communications (ie, comments), terms of use for visitors to the site must be posted in a prominent position unless prohibited by the social media host site.

4. The terms of use statement should include the following information and warnings:

(i)    Comments posted should relate directly to the topic addressed by the County on the County's social media site or page. Any comments made that are not directly related to the topic posted by the County are subject to removal at the County's discretion. Such comments may be removed without notice.

(ii)    Comments shall not contain ethnic or racial slurs, profanity, harassing, defamatory, fraudulent, discriminatory, or sexually explicit material or language; material that violates the copyright, trademark, or any other intellectual property interest held by another individual or entity. Such comments in violation of the aforementioned guidelines may be removed by the County at the discretion of the County. Such comments may be removed without notice.

(iii)    On sites that are not owned and operated by the County, visitors/users must comply with the terms and privacy policies of the site operator(s).

(iv)    The County does not control the advertisements that may appear on the social media sites and pages that are accessed and viewable when accessing the County's site or page. These advertisements do not and are not intended to reflect the views or positions of the County.

(v)    All postings made by the County as well as comments made by individuals or on behalf of entities through a social media account may be subject to the Pennsylvania Right to Know Act, and other public records and disclosure laws, as well as discovery in litigation. This accessible information includes, but is not limited to, information that is available through a user's privacy settings on their own social media and other Internet pages.

(vi)    Site and page visitors shall have no expectation of privacy or confidentiality with respect to any content they post on the site, and the County has no responsibility for maintaining such privacy or confidentiality.

5.   The County shall not edit or modify any comment posted on the County's social media page or site. The County only has the discretion to remove non-conforming comments as described in V (4) (i)-(vi), above.

6.   Whenever possible, it shall be the County's policy that all third party advertisements be disabled on any and all the County's social media sites or pages.

## VI.   Retention of Information Regarding Social Media

1.   The following information shall be maintained and retained by the County:

(i)     The County shall keep an updated list of all social media accounts maintained and established by the County. This list shall contain, at a minimum, the following information:

      a.   The name of the hosting social media site;

      b.   The date the County established an account with the hosting social media site;

      c.   The County's purpose in establishing an account with the hosting social media site;

      d.   User-name(s), password(s), and all other log-in credentials for all social media accounts maintained and established by the County; and

      e.   The names and contact information of all authorized users and administrators of social media accounts.

(ii)    The County is responsible for making and retaining postings, as required by the County's record retention and record destruction schedule and policy.

VII.   <u>Compliance</u>

1. The County is responsible for enforcing compliance with this Policy by and through the County's designated officer/employee.

2. Any County officer/employee who violates this Policy or any other County policy is subject to disciplinary action up to and including termination of employment in accordance with the County disciplinary policies.

3. A County contractor or third party who knowingly, willfully, or negligently commits or permits a material violation of this Policy may be subject to termination of the contract in accordance with its terms, and/or termination of the Contractor or third party user's access to County information processing facilities, information systems, and information, in addition to any legal or remedial actions the County may take to enforce and protect its interest.

VIII.   <u>Obtaining Social Media Policy Information</u>

1. This Policy shall be distributed to all current County officers and employees upon issuance. All amendments and updates to this Policy hereto shall be promptly distributed.

2. All new officers and employees should receive the social media policy during the orientation process.

3. This Policy should be reviewed by County officers and employees, and the County should maintain a record that all County officers and employees have received, read, and understand the Policy and its implications.

4. The Policy and all of its official amendments shall be kept in accessible tangible form for the review of all County officers and employees by the County's designated officer/employee.

5. Questions about this Policy should be directed to the County's designated officer/employee.

D EEOC Production 00131