# COUNTY/COURTS – PERSONNEL ACTION FORM

NEW HIRE ☐      RE-HIRE ☐      PART TIME TO FULL TIME ☐
CHANGE IN STATUS ☐   SEPARATION ☑   REINSTATEMENT ☐

EMPLOYEE NAME: Hector Figueroa             SOCIAL SECURITY #: ███

ADDRESS: 6 Doolin Bay Drive, Brennan Est. Bear, DE

ZIP CODE: 19701      PHONE #: 267-539-1159      DATE OF BIRTH: 8/7/1952

GENDER: MALE ☑  FEMALE ☐      MARITAL STATUS: MARRIED ☑  SINGLE ☐  DIVORCED ☐

EMPLOYEE FILE #: 121181      EFFECTIVE DATE: ~~6/13/2022~~ 5/3/22 JI

DEPARTMENT: Personnel                DEPARTMENT #: 10523

POSITION TITLE: Assistant Director of Labor Relations      POSITION #: 7000272

## FOR NEW HIRES

WORK LOCATION (MUNICIPALITY): Media          LABOR CHARGE CODE: 503

SALARY: ANNUAL: $ $115,000     HOURLY: $ _____     LOCATION CODE: 000

## NEW HIRES / CHANGE IN STATUS [AS APPLICABLE]:

**BARGAINING STATUS:** (ALL HOURLY)
- AFSCME - GRADE ☐
- PSSU/CPEU ☐
- CID/FOP ☐
- PARK POLICE ☐
- INCINERATOR 77 ☐

**NON-BARGAINING STATUS:**
- NB – DIRECTOR - ELECTED OFFICIAL/DD-E000 ☐
- NB - SALARIED/SF-S000 ☑
- NB - HOURLY/HF-H000 ☐

**OTHER STATUS:**
- NFT/HP ☐
- INTERNS/IN ☐
- SUMMER/SM ☐
- : _____ ☐

BASIC WORK WEEK: 35 HOURS ☐   37.5 HOURS ☐   40 HOURS ☑
WORK SCHEDULE: MONDAY - FRIDAY ☑   ALL DAYS (SUNDAY-SATURDAY) ☐

NAME OF PERSON REPLACED: _____
DISPOSITION OF REPLACED PERSON: _____

**SEPARATIONS:**
- ADMINISTRATIVE SEPARATION ☐
- RESIGNATION ☑
- RETIREMENT ☐
- DISCHARGE ☐
- DEATH ☐
- OTHER ☐

**LEAVES OF ABSENCE:**
- TYPE: _____
- FMLA STARTS: _____
- STD STARTS: _____
- REASON: _____

LAST DATE ACTUALLY WORKED: May 9, 2022   EFFECTIVE DATE: _____
5/3/22 cmw
VACATION DAYS TO BE PAID: _____      COMP HOURS TO BE PAID: _____