# COUNTY/COURTS – PERSONNEL ACTION FORM

NEW HIRE ☐    RE-HIRE ☑
CHANGE IN STATUS ☐    SEPARATION ☐    REINSTATEMENT ☐

EMPLOYEE NAME: Hector Figueroa    SOCIAL SECURITY #: ███

ADDRESS: 6 Doolin Bay Drive, Brennan Ests. Bear, DE

ZIP CODE: 19701    PHONE #: 267-539-1159    DATE OF BIRTH: 8/7/1952

GENDER: MALE ☑  FEMALE ☐    MARITAL STATUS: MARRIED ☑  SINGLE ☐  DIVORCED ☐

EMPLOYEE FILE #: 121181    EFFECTIVE DATE: 6/13/2022

DEPARTMENT: Personnel    DEPARTMENT #: 10523

POSITION TITLE: Assistant Director of Labor Relations    POSITION #: 7000272

## FOR NEW HIRES

WORK LOCATION (MUNICIPALITY): Media    LABOR CHARGE CODE: 503

SALARY: ANNUAL: $ 115,000.00    HOURLY: $    LOCATION CODE: 000

## NEW HIRES / CHANGE IN STATUS [AS APPLICABLE]:

| BARGAINING STATUS: (ALL HOURLY) | NON-BARGAINING STATUS: | OTHER STATUS: |
|---|---|---|
| AFSCME - GRADE ☐ | NB – DIRECTOR - ELECTED OFFICIAL/DD-E000 ☐ | NFT/HP ☐ |
| PSSU/CPEU ☐ | | INTERNS/IN SUMMER/SM ☐ |
| CID/FOP ☐ | | |
| PARK POLICE ☐ | NB - SALARIED/SF-S000 ☑ | : _____ ☐ |
| INCINERATOR 77 ☐ | NB - HOURLY/HF-H000 ☐ | |

BASIC WORK WEEK:   35 HOURS ☐    37.5 HOURS ☐    40 HOURS ☑
WORK SCHEDULE:    MONDAY - FRIDAY ☑    ALL DAYS (SUNDAY-SATURDAY) ☐

NAME OF PERSON REPLACED: _____
DISPOSITION OF REPLACED PERSON: _____

### SEPARATIONS:    LEAVES OF ABSENCE:

ADMINISTRATIVE SEPARATION ☐    TYPE: _____
RESIGNATION ☐
RETIREMENT ☐    FMLA STARTS: _____
DISCHARGE ☐
DEATH ☐    STD STARTS: _____
OTHER: _____ ☐
                                REASON: _____

LAST DATE ACTUALLY WORKED: _____    EFFECTIVE DATE: _____

VACATION DAYS TO BE PAID: _____    COMP HOURS TO BE PAID: _____