# COUNTY/COURTS – PERSONNEL ACTION FORM

NEW HIRE ☐ RE-HIRE ☐ PART TIME TO FULL TIME ☐
CHANGE IN STATUS ☐ SEPARATION ☒ REINSTATEMENT ☐

EMPLOYEE NAME: Hector Figueroa   SOCIAL SECURITY #: ▮▮▮▮▮

ADDRESS: 6 Doolin Bay Drive

ZIP CODE: 19701   PHONE #: 302-584-1681   DATE OF BIRTH: 8/7/1952

GENDER: MALE ☒  FEMALE ☐   MARITAL STATUS: MARRIED ☒ SINGLE ☐ DIVORCED ☐

EMPLOYEE FILE #: 121181   EFFECTIVE DATE: 8/24/22

DEPARTMENT: Personnel   DEPARTMENT #: 00010603

POSITION TITLE: Assistant Director of Labor Relations   POSITION #: 07000272

## FOR NEW HIRES

WORK LOCATION (MUNICIPALITY): _____   LABOR CHARGE CODE: _____

SALARY: ANNUAL: $ _____   HOURLY: $ _____   LOCATION CODE: _____

## NEW HIRES / CHANGE IN STATUS [AS APPLICABLE]:

**BARGAINING STATUS:** (ALL HOURLY)
AFSCME - GRADE ☐
PSSU/CPEU ☐
CID/FOP ☐
PARK POLICE ☐
INCINERATOR 77 ☐

**NON-BARGAINING STATUS:**
NB – DIRECTOR - ELECTED OFFICIAL/DD-E000 ☐
NB - SALARIED/SF-S000 ☒
NB - HOURLY/HF-H000 ☐

**OTHER STATUS:**
NFT/HP ☐
INTERNS/IN ☐
SUMMER/SM ☐
: _____ ☐

BASIC WORK WEEK: 35 HOURS ☐   37.5 HOURS ☒   40 HOURS ☐
WORK SCHEDULE: MONDAY - FRIDAY ☒   ALL DAYS (SUNDAY-SATURDAY) ☐

NAME OF PERSON REPLACED: _____
DISPOSITION OF REPLACED PERSON: _____

**SEPARATIONS:**   **LEAVES OF ABSENCE:**

ADMINISTRATIVE SEPARATION ☐   TYPE: _____
RESIGNATION ☐
RETIREMENT ☐   (400)   FMLA STARTS: _____
DISCHARGE ☒
DEATH ☐   STD STARTS: _____
OTHER: _____ ☐
REASON: _____

DATE ACTUALLY WORKED: 8/23/2022   EFFECTIVE DATE: 8/24/2022

...ION DAYS TO BE PAID: _____   COMP HOURS TO BE PAID: _____



# COUNTY OF DELAWARE

GOVERNMENT CENTER BUILDING
201 WEST FRONT STREET
MEDIA, PENNSYLVANIA 19063

AREA CODE (610) 891-4852

PERSONNEL Department

**MARK WOOLLEY**
INTERIM CHIEF DIRECTOR/ PERSONNEL

COUNCIL

DR. MONICA TAYLOR
CHAIR

ELAINE PAUL SCHAEFER
VICE CHAIR

KEVIN M MADDEN
CHRISTINE REUTHER
RICHARD R. WOMACK

August 25, 2022

Hector Figueroa
6 Doolin Bay Drive
Bear, DE  19701

Dear Mr. Figueroa,

This letter is to inform you that your employment with the County of Delaware is terminated effective August 24, 2022.

Please return your ID Badge, keys, and any County Property to Park Police at the front desk of the Government Center Building where you worked within 3 days of receipt of this letter if you have not already done so.

If you are enrolled in a medical benefit plan, your coverage will end effective the last day of the month, and COBRA information will be forwarded to you in the mail.  Note that COBRA information is time sensitive and to act on it upon receipt if interested.  The Employee Assistance Program is available for your use until the last day of the month.

It is your responsibility to inform the Personnel Department of the County of Delaware of any updates to your contact information (name, address, phone number, email address), so that we may provide information such as your W-2 form.

We wish you well in your future endeavors.

Regards,

*Angela Frattarelli*

Angela Frattarelli
HR Advisor/Manager – ER/LOA
 Office: (610) 891-8221 FAX: (610)565-0687
 frattarellia@co.delaware.pa.us

D EEOC Production 00041