| | |
|---|---|
| From: | Jackson, Lisa L. |
| To: | Figueroa, Hector |
| Cc: | Johnson, Jamal |
| Subject: | Employee Notice of Discipline - Franklin Fitzgerald |
| Date: | Friday, July 1, 2022 10:00:59 PM |
| Attachments: | EMPLOYEE NOTICE OF DISCIPLINE - FRANKLIN FITZGERALD - 070122.pdf |

Good evening Hector,

    Attached, please find my formal Employee Notice of Discipline for one of my staff members, Franklin Fitzgerald.  His behavior/outburst today was unacceptable and before sending this notice directly to him, I am sending it to you for your review and guidance.  Unfortunately, I was unable to meet with you today, but I look forward to hearing from and/or speaking with you at your earliest convenience next week.  Thanks and have a great holiday weekend.


*Lisa L. Jackson, QPA*
Director of Central Purchasing
County of Delaware
Government Center Building
201 W. Front Street, Room 228
Media, PA  19063
T:  610.891.4427
F:  610.566.8565
E:  jacksonlisal@co.delaware.pa.us



D Response to RFP00037