# DEPARTMENT OF CENTRAL PURCHASING
## EMPLOYEE NOTICE OF DISCIPLINE

EMPLOYEE NAME: __Franklin Fitzgerald__  DATE: __Friday, July 1, 2022__

DEPARTMENT: __Central Purchasing__  DIRECTOR: __Lisa L. Jackson__

DATE(S) OF OCCURRENCE: __Friday, July 1, 2022__

**VIOLATIONS**

- ___ Attendance
- _X_ Neglect of Duty
- ___ Falsification of Documentation
- ___ Unauthorized Absence
- ___ Endangerment to others
- ___ Willful Damage to County Property
- ___ Tardiness
- ___ Vile, Foul or Abusive Language
- ___ Other (_____)
- _X_ Insubordination
- ___ Safety/Carelessness
- ___ Violation of City Policy
- _X_ Conduct Unbecoming
- ___ Harassment

**VIOLATION STATEMENT** *(attach any supporting documentation)*

Date(s) of Violation: __Friday, July 1, 2022__

Place(s) of Violation: __Department of Central Purchasing (Franklin's office)__

Statement of Violation: Today, July 1, 2022, I came to you to ask you about your recent email responses to employees from different departments in need of assistance from Purchasing. You stated that you did not know what I was talking about. In turn, using one email as an example, I asked you if you attempted satisfy the request or at least find out why the individual needed such. In response, you immediately went on the defense stating that, you deferred the individual to me because "that's what you wanted, so that's what I did." I explained to you that I never said anything like that, instead, I made it clear to our whole team that any request that comes to this office in need of approval, must be reviewed and approved by me, prior to generating or releasing P.O.'s. I also mentioned that your recent email responses, erasing the current bids off your "whiteboard" because you don't want to see them anymore, leaving the office for long periods at a time without notification are not reflective of a team player. Angrily, you frowned up your face, raised your voice and began shaking your head side-to-side stating that "I can respond how I want to. This is not a team. I don't like how things are going and others feel the same way." I then stated, is that so? And as I got up to walk out of your office, you then (realizing that I was not going to argue with you) raised your voice a bit more stating that I was speaking to you aggressively. I stated, absolutely not and walked away.

In all, your constant disrespectful, rebellious and disgruntled behavior is unacceptable and unbecoming of a public employee; therefore, I expect an immediate turnaround. Be advised that any further misconduct will result in disciplinary action, up to and including termination. Your anticipated cooperation is greatly appreciated.

_____     _____     __7/1/22__
Director/Supervisor Signature                     Title                                      Date

**DISCIPLINARY ACTION**

- _X_ Verbal Reprimand
- ___ Written Reprimand
- ___ Sent Home w/out Pay
- ___ Suspension without pay ___ days
- ___ Recommendation for Termination

**CORRECTIVE ACTIONS TO BE TAKEN**

Corrective Actions/Timeframe: __Counseling and Guidance from HR__

___ I have read this Notice of Discipline and understand it. (Employee needs to sign each page of supporting documentation also to verify they have been made aware of that)

___ Employee refused to sign this form and all attached documentation

Employee's Signature _____  Date _____

Supervisor's Signature _____  Date _____



EXHIBIT Figueroa 2  10-24-23

D Response to RFP00036