| | |
|---|---|
| **From:** | Brown, Munsanda |
| **To:** | Figueroa, Hector |
| **Subject:** | FW: Franklin Fitzgerald Follow-Up |
| **Date:** | Tuesday, July 5, 2022 10:22:10 AM |

Good morning Hector,

I hope you had a great weekend. Please find Franklin Fitzgerald's contact info. He's the other employee in Central Purchasing who wants to transfer out; please see his email below.

Franklin D. Fitzgerald, Jr.
Buyer
County of Delaware
201 West Front Street
Media, PA  19063
610.891.4637
FitzgeraldF@co.delaware.pa.us

Thank you,

*Munsanda Brown*
Assistant Director of Talent Acquisition
Delaware County
201 W. Front Street I Media, PA  19063
P 610-891-4310
BrownM@co.delaware.pa.us



**From:** Fitzgerald, Franklin <FitzgeraldF@co.delaware.pa.us>
**Sent:** Wednesday, June 29, 2022 8:07 AM
**To:** Brown, Munsanda <BrownM@co.delaware.pa.us>
**Subject:** Franklin Fitzgerald Follow-Up



EXHIBIT
Figueroa
3
10-24-23 rh

D Response to RFP00056

Good morning Munsanda,

I just want to follow-up to let you know things seem to have gotten progressively worse, very quickly.

It seems as if I am now being targeted, in from of the department and I want to bring it to your attention. If you could advise how I should proceed, it would be appreciated.

Thank you!

Franklin

**From:** Fitzgerald, Franklin
**Sent:** Monday, June 27, 2022 1:07 PM
**To:** Brown, Munsanda <BrownM@co.delaware.pa.us>
**Subject:** Franklin Fitzgerald Resume

Hi Munsanda,

I cannot thank you enough for sitting with me today.

It saddens me to have to express the concerns I have, however, I feel better knowing I can trust in the Human Resource processes.

As request, please see my attached resume.

Best Regards,

Franklin D. Fitzgerald, Jr.
Buyer
County of Delaware
201 West Front Street
Media, PA  19063
610.891.4637
FitzgeraldF@co.delaware.pa.us

**D Response to RFP00057**