**From:** Woolley, Marc
**To:** Footman, Lauren
**Subject:** FW: Harassment statement
**Date:** Wednesday, December 21, 2022 3:25:28 PM
**Attachments:** image001.png
Harassment doc.docx

**From:** McFarland, Jason <McFarlandJ@co.delaware.pa.us>
**Sent:** Friday, July 1, 2022 10:14 AM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Cc:** Becht, John <BechtJ@co.delaware.pa.us>; Coogan, Anne <CooganA@co.delaware.pa.us>; Martin, William <MartinW@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Lazarus, Howard <LazarusH@co.delaware.pa.us>
**Subject:** Harassment statement

Attached is my statement regarding the harassment that I have been receiving form another county employee that was reported on Monday June 27th, I was informed yesterday Thursday June 30th that I had to put this in writing in order to begin an investigation.

Jason McFarland



Jason McFarland

201 W. Front Street | Media, Pennsylvania 19063
Phone: (610) 891-4675
Email: McFarlandJ@co.delaware.pa.us



D Response to RFP00058


D R...

Jason McFarland

I.T. Dept

The following is an account of an awkward/uncomfortable situation that began while I was on vacation from work. I began receiving messages through Microsoft Teams from Regine Strey that were odd and inappropriate to say the least.

[6/23 11:48 AM] Strey, Regine
I've loved you since the day I started working. If you ever need me I'm there for you!

[6/23 11:54 AM] McFarland, Jason
Did i miss something? Whats going on there?

[6/23 1:00 PM] Strey, Regine
Drunk texting last night, my apologies. Don't know why it didn't send until this morning...

[6/23 1:01 PM] Strey, Regine
What I meant to say was that I found you attractive since I started work and that I like working with you. The other part about being there for you I stand by 🙂

[6/23 1:02 PM] Strey, Regine
Hope you're having a great week with your boys and I look forward to seeing you next week..

[6/26 2:09 PM] Strey, Regine
Please don't report me to HR, it took a lot of alcohol to send these messages. The ball, I promise, is in your court! Looking forward to seeing you tomorrow! *

After this last message, there was also a phone call that I did not answer in which Regine left me a voicemail.

Upon returning to work after vacation on June 27th, I made my director John Becht aware of what had happened and also played the voicemail for him. I told him that I was uncomfortable with the

situation and that I was not going to be responding to anything from her. John reported the harassment to the H.R. department along with a print out of the messages in Teams and told me that he would let me know what the next step would be. John said that Hector would rather not do anything and let the matter be resolved on its own, to which I was not happy about to say the least. I told John that was not acceptable and I believe that someone from H.R. needs to do something because I do not feel comfortable in my own Department, which I have been employed in for over 25 years. John agreed and spoke to Hector again and told him that it was not acceptable to do nothing.

On June 28th when I came back from lunch I found a hand-written note on my desk that said, "Hey Jason Sorry I missed you. Please come see me when you have some time/energy.   Regine  x5362

I gave the note to my director and again stated that I was not comfortable with any of this and do not want to be anywhere near her.

John asked if I would be able to meet with Hector and play the voicemail for him, I met with Hector on Wednesday 6/29 where I played the voice mail for him and explained to him all that had happened up to that point. I also let Hector know that I was not ok with just doing nothing like he suggested to John Becht. He said that he thinks John misunderstood what he meant by that, and said that he would rather see if things would work out on their own. I thought that was the whole point of reporting the harassment, so that someone from HR would speak with Regine so that she would not continue to contact me or make me feel uncomfortable. After leaving Hector's office, he told me that he was going to have a conversation with her.

Shortly after that, the following messages were sent that had to do with work but given the situation, I had to alter my normal routine and process the payroll run the following morning.

[6/29 3:50 PM] Strey, Regine

Hi Jason


[6/29 3:50 PM] Strey, Regine

Hope all is well!


[6/29 3:51 PM] Strey, Regine

Just got the run sheet from Controllers so I will be printing checks first. Expect to start printing at 4:15

[6/29 3:51 PM] Strey, Regine

If you're not available tonight, you can stuff tomorrow. We'll leave everything in the room for you.

Later on that same night 6/29, I received the following message once again through Teams

[6/29 10:36 PM] Strey, Regine

Domestic disturbance at my house because Shawn drove me home. He poured out all my work booze and then my husband threw him out the door!!!! Called John, Checking myself into a rehab ASAP. Thank you in advance for your patience and prayers.

Once again since no one had addressed this issue with her, I was sent another message that night around 10:30pm that was not appropriate and did not make me feel as though I was being taken seriously by the H.R. department. How many times can you say that you feel uncomfortable and do not want to have any contact before something is done? I guarantee if the roles were reversed and this was a female being sent the exact same messages that something would have been done on Day 1.

I spoke with my director the next morning to let him know that there was another message sent and it seemed as though she was still not contacted by HR and told that she was not to contact me. While I was speaking with John about the latest message, Hector came into John's office. At this point I was told that I would need to write up a statement regarding everything that had happened. I asked, why would I have to do that, since I had already reported the incident on Monday 6/27 and I already met with you and gave you a printout of the messages that were sent along with a note that was left on my desk from her? I asked if there was a form that could be filled out? Hector informed me, there is no form and that this is the way HR handles these things. Hector got loud and was unprofessional raising his voice stating that I needed to just type up what had happened, a very different demeanor than when I had met with him one day earlier. I find it confusing that this was reported on Monday and now on Thursday, no one has even spoken to her about any of the complaints that were reported to HR.

I wonder if I was a woman reporting sexual harassment to HR would it take this long for the man to be brought into the office?