| | |
|---|---|
| **From:** | Woolley, Marc |
| **To:** | Footman, Lauren |
| **Subject:** | FW: Harassment statement |
| **Date:** | Wednesday, December 21, 2022 3:25:38 PM |
| **Attachments:** | image001.png<br>Harassment doc.docx |
| **Importance:** | High |

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, July 1, 2022 10:28 AM
**To:** 'John McLaughlin' <jmclaughlin@cdblaw.com>
**Cc:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Martin, William <MartinW@co.delaware.pa.us>
**Subject:** FW: Harassment statement
**Importance:** High

Mr. McLaughlin good morning. Thanks for putting the statement together as it is sorely needed in order to address the situation. But there are some items that have to be corrected;

1. I did have an initial conversation with Mr. Becht concerning the situation and did suggest that if there was a possibility that both parties try to remedy the situation as adults; but that was before I discovered the seriousness of the situation and decided that an investigation was warranted;
2. Your accusation of my getting loud and belligerent is wrong; it was your composure that was argumentative and uncooperative. I just wanted to make it clear to you that your statement was necessary in order for me to continue the investigation; something that you quite frankly took offence to.

Hopefully this clarifies the situation so can move on with the investigation. If you have questions or concerns by all means contact me.

Hector Figueroa, J.D.
Asst. Director for Labor Relations


**From:** McFarland, Jason <McFarlandJ@co.delaware.pa.us>
**Sent:** Friday, July 1, 2022 10:14 AM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Cc:** Becht, John <BechtJ@co.delaware.pa.us>; Coogan, Anne <CooganA@co.delaware.pa.us>; Martin, William <MartinW@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Lazarus, Howard <LazarusH@co.delaware.pa.us>
**Subject:** Harassment statement

Attached is my statement regarding the harassment that I have been receiving form another county employee that was reported on Monday June 27th, I was informed yesterday Thursday June 30th


EXHIBIT Figueroa 5 10-24-23