**From:** Woolley, Marc
**To:** Footman, Lauren
**Subject:** FW: Harassment statement
**Date:** Wednesday, December 21, 2022 3:26:23 PM
**Attachments:** image001.png
Regine Strey Interview .pdf

---

**From:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Sent:** Friday, July 1, 2022 2:56 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>; 'John McLaughlin' <jmclaughlin@cdblaw.com>
**Cc:** Martin, William <MartinW@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Subject:** RE: Harassment statement

Good Afternoon,

Appreciate the clarification. Note that the individual writing the statement was Jason McFarland, however.
Poor John McLaughlin is still overseas and may be very confused.

Don't worry about sending anything to McFarland. Howard and the Solicitor have both reached out to me and I clarified the situation here.

Both Mr. Macfarland and Mr. Becht need to understand due diligence must be done before action can be taken in cases like this, and hearing a report second hand via Mr. Becht does not meet that standard. Jason needed to put himself on the record here and clarify the situation before we approach Ms. Strey- and per his own admission did not do so until Wednesday- and as you're aware by then we had a self-admission of an alcohol problem and a potential FMLA claim by Ms. Strey.

I spoke to Ms. Strey at about 2:00pm this afternoon. The transcript of that interview is attached for your perusal. She has been informed that she has been suspended pending investigation of the incidents this week.

My thoughts are as follows:

-There's not enough here for a harassment claim. Per the statements of both parties the behavior began this week, and was limited to a handful of messages that are at best, embarrassing on the part of the sender. There is no indication from Mr. Macfarland's statements that at any point he expressed the messages were unwelcome and wished for them to stop, he simply ignored them. On Regine's end, she admits to sending the initial messages on Thursday 6/23, but also indicates that she confessed sending them to her husband and made him aware that she did so sometime during the week of 6/25.



EXHIBIT
Figueroa
6
10-24-23 NM

D Response to RFP00071

Regine claims that the note left on 6/28 was an attempt to apologize for her behavior. She had no intention of pursuing that interest further. Note that Regine's husband came with her to the government center for this interview but was not permitted to sit in for questioning by HR. It is reasonable to assume she is being truthful that her husband was aware of all of this.

The alcohol incident is a lot more substantial. Regine admits to "regularly" consuming about "half a fifth" of vodka per day within the government center while at work. Regine also indicates that when she informed John Becht, he was "aware" that she had a drinking problem but perhaps not the extent of that drinking problem. Regine admits that she is aware that her behavior here is in violation of the county's drug free workplace policy, which describes penalties up to and including termination for distribution, consumption, and possession of alcohol on county premises.

I am also alarmed and concerned that Mr. Rush when he became aware Regine was inebriated on premises did not notify Park Police or HR, but took it upon himself to drive Ms. Strey's car to her home in Chester County. Regine indicates that in discussing this with Mr. Rush she warned him that it "could get ugly."
This is alarming in and of itself (I can easily see any number of ways this could have ended in personal injury had Mr. Strey been a less stable individual) but per Ms. Strey's statement Mr. Rush also intended to remove/destroy any alcohol that happened to be in her personal home. This is in my opinion wildly out of bounds here. Treatment for alcoholism is best left to professionals.

I intend to schedule an interview with Mr. Rush as soon as time permits next week.

Enjoy your holiday weekend, I'll see you on Tuesday.

Thank you

*Jamal O. Johnson*
Chief Personnel Officer
County of Delaware
201 W. Front Street
Media, PA  19063
JohnsonJ@co.delaware.pa.us
610-891-5236 (office)
484-836-8661 (cell)

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, July 1, 2022 10:28 AM
**To:** 'John McLaughlin' <jmclaughlin@cdblaw.com>
**Cc:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Martin, William