| | |
|---|---|
| **From:** | Williams, Laura |
| **To:** | Figueroa, Hector; Johnson, Jamal |
| **Cc:** | Brown, Munsanda; "John McLaughlin" |
| **Subject:** | RE: (EXTERNAL) Information request |
| **Date:** | Friday, April 8, 2022 2:20:26 PM |

John,

Please see below.

## Laura K. Williams

Prison Warden
George W. Hill Correctional Facility
500 Cheyney Road
Glen Mills, PA 19373
Office: 610-361-3200 x 252



**From:** Figueroa, Hector
**Sent:** Friday, April 8, 2022 2:13 PM
**To:** Williams, Laura <WilliamsL@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Brown, Munsanda <BrownM@co.delaware.pa.us>
**Subject:** FW: (EXTERNAL) Information request
**Importance:** High

All, I just received the requesting listings from Steve Richman; we should discuss.

Take Care
Hector

**From:** Stephen C. Richman <SRichman@markowitzandrichman.com>
**Sent:** Friday, April 8, 2022 1:00 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** (EXTERNAL) Information request

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, contact your IT Department



D Response to RFP00102

As was noted at the recent meeting that the Union had with the County, the Union will need some information to better represent the employees. I have listed below, the information requested. I understand that you will have to discuss with your team in order to respond properly.

1. List of former GEO employees hired by the County.

2. List of former GEO employees not hired by the County.

3. Criteria utilized by the County in making hiring decisions.

4. Did the county have access to GEO's personnel records in making these decisions and, if so, the authority of the County to access these personnel records?

5. List of new hires for the correctional officer positions who were not former GEO employees.

6. Confirmation that the County will agree to file a joint petition for certification with the Union to be filed with the Pennsylvania Labor Relations Board – and the contact person for the County for that purpose.

7. Confirmation of the arrangements to be utilized by the Union to continue to service its membership until the terms and conditions of a new collective bargaining agreement are negotiated.

8. Contact person from the County who will negotiate the collective bargaining agreement.

We would appreciate a response to the above at your earliest convenience. The Union looks forward to working with the County to negotiate a fair and proper collective bargaining agreement to benefit the County, the bargaining unit employees and the citizens of the County.