| | |
|---|---|
| **From:** | Figueroa, Hector |
| **To:** | "Stephen C. Richman" |
| **Cc:** | Figueroa, Hector; Johnson, Jamal |
| **Subject:** | RE: (EXTERNAL) RE: (EXTERNAL) FW: Information request |
| **Date:** | Wednesday, June 15, 2022 1:53:45 PM |
| **Importance:** | High |

Steve, I fully understand your angst! I will be contacted all parties in order to fulfill your request. You got my number if you need to talk.

Take care
Hector

**From:** Stephen C. Richman <SRichman@markowitzandrichman.com>
**Sent:** Wednesday, June 15, 2022 1:22 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** (EXTERNAL) RE: (EXTERNAL) FW: Information request

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, contact your IT Department

I understand your situation but I made the original request for the information on April 8, so it has been over two months without any response from the County. The information is absolutely necessary for the Union to move forward. If the information is not immediately forthcoming, applicable unfair labor practice charges will be filed with the Pennsylvania Labor Relations Board. Additionally, it is the Union's understanding that the County has implemented a number of new policies and has plans that to implement more in the near future. The Union has not been provided with any notice or information about these policies, which affect the working conditions of the bargaining unit employees. Please provide this information as soon as possible.
The Union looks forward to the County honoring its lawful obligations in the regard promptly.
Steve

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Monday, June 13, 2022 11:51 AM
**To:** Stephen C. Richman <SRichman@markowitzandrichman.com>
**Subject:** RE: (EXTERNAL) FW: Information request

Steve, I have been away from the county for close to one month, my apologies for not getting back to you sooner. When I had originally received the information request it was forwarded to the warden and other interested parties; let me get back with them in an effort to get this information to you.

Take care


EXHIBIT Figueroa 8 10-24-23 nm

D Response to RFP00104

Hector Figueroa

**From:** Stephen C. Richman <SRichman@markowitzandrichman.com>
**Sent:** Friday, June 10, 2022 10:21 AM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** (EXTERNAL) FW: Information request

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, contact your IT Department

As you may be aware the Pennsylvania Labor Relations Board has recently certified the Union as the exclusive representative of the employees at the prison. We therefore need the information requested below in order to move forward with the representation of the bargaining unit employees.
We would appreciate your cooperation in providing the requested information immediately without the necessity of proceeding more formally to compel the County's compliance with its lawful obligations. Thanks.
Steve

**From:** Stephen C. Richman <>
**Sent:** Wednesday, May 25, 2022 10:17 AM
**To:** 'Figueroa, Hector' <FigueroaH@co.delaware.pa.us>
**Subject:** FW: Information request

Hector,
I am following up on the attached email. When can I expect a response? We obviously need the information so that the Union can move forward in its relationship with the County. Thanks.
Steve

**From:** Stephen C. Richman <>
**Sent:** Friday, April 8, 2022 1:00 PM
**To:** 'Figueroa, Hector' <FigueroaH@co.delaware.pa.us>
**Subject:** Information request

Hector,
As was noted at the recent meeting that the Union had with the County, the Union will need some information to better represent the employees. I have listed below, the information requested. I understand that you will have to discuss with your team in order to respond properly.

1. List of former GEO employees hired by the County.

2. List of former GEO employees not hired by the County.

D Response to RFP00105

3. Criteria utilized by the County in making hiring decisions.

4. Did the county have access to GEO's personnel records in making these decisions and, if so, the authority of the County to access these personnel records?

5. List of new hires for the correctional officer positions who were not former GEO employees.

6. Confirmation that the County will agree to file a joint petition for certification with the Union to be filed with the Pennsylvania Labor Relations Board – and the contact person for the County for that purpose.

7. Confirmation of the arrangements to be utilized by the Union to continue to service its membership until the terms and conditions of a new collective bargaining agreement are negotiated.

8. Contact person from the County who will negotiate the collective bargaining agreement.

We would appreciate a response to the above at your earliest convenience. The Union looks forward to working with the County to negotiate a fair and proper collective bargaining agreement to benefit the County, the bargaining unit employees and the citizens of the County.

**D Response to RFP00106**