**From:** Johnson, Jamal
**Sent:** Friday, July 22, 2022 15:58
**To:** Figueroa, Hector
**Subject:** RE: Grievance/CBA Tracker

Understood. I'm speaking to Howard further about this today.

Thank you

*Jamal O. Johnson*
Chief Personnel Officer
County of Delaware
201 W. Front Street
Media, PA  19063
JohnsonJ@co.delaware.pa.us
610-891-5236 (office)
484-836-8661 (cell)

---

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, July 22, 2022 3:57 PM
**To:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** RE: Grievance/CBA Tracker

Jamal I already sent a list to Marc; take a look. I did not copy Lauren with the response; I am beginning to be offended by her interference with stuff she has no business knowing. Just my take between you and me.

Have a good wkend
Hector

---

**From:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Sent:** Friday, July 22, 2022 3:54 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Cc:** Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Subject:** RE: Grievance/CBA Tracker

Good afternoon,

I'm currently assembling a comprehensive list and will go over it with Hector- some complaints and CBA issues are handled by me personally due to bandwith issues and Hector may not have these.
We will circle up on Monday then submit.

Thank you

*Jamal O. Johnson*
Chief Personnel Officer
County of Delaware
201 W. Front Street
Media, PA  19063
JohnsonJ@co.delaware.pa.us

1


EXHIBIT
Figueroa
11
10-24-23

PLF 000010

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, July 22, 2022 3:52 PM
**To:** Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Cc:** Woolley, Marc <WoolleyM@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** RE: Grievance/CBA Tracker

Lauren, thanks for the reminder. Although I am not in the office I could give a short view of what is going with the understanding that much of what is going on is rather fluid in nature.

1. GWH – conversations have been had concerning the sexual harassment case that is now open. Jamal and I will be issuing a memo with instruction on how to deal with the officers in question. In addition a investigation plan will be put into motion with the understanding that there is much to be unpacked.
2. GWH – the complaints against DW Fey Dele have been addressed with the understanding that rather it being a disciplinary issue it more that of training issue specifically that of cultural awareness. Prior to the training I would like to have a sit down with the DW to assure that the training is geared towards helping him grow as an administrator.
3. Park Police – the investigation surrounding the dealing of four park police officers has been completed with the full agreement of administration and the union; all that is outstanding is the agreement from the union that there will be no grievances filed.
4. Fair Acres – The investigations of Fatima Burrell and Chyanne Smith have been completed. The final statement of disposition will be issued this coming week.
5. 911 – instances of aberrant behavior or better said intolerable call taking from two operator. The investigation has begun with schedules for interviews being reviewed by HR and the supervisor of training.
6. Sustainability Office – complaints concerning Mr. Hudak have been issued. Additional complaints from other department have been sought. Entire investigation has to be pushed forward by either Mr. Woolley or Mr. Lazarus because of Mr. Hudaks position.
7. Union negotiations -
   1. Detectives Union negotiations are just beginning and will be ongoing
   2. Negotiations with PASNAP are on-going
   3. Negotiations with correction officers union will have to begin soon but other considerations have come into play specifically that of the NLRB that has been issued by the unio.
   4. Social workers union – negotiations for the social workers (state employees) will be undertaken once dates for the beginning of negotiations has been finalized.
   5. Park Police negotiations have been finalized with some minor changes being instituted.

Marc there are those instances that occur that need some assistance from either myself or Jamal that are taken as soon as they occur for example Damarr Moon. If Jamal would like to add to what has been written by all means. If you have any question by all means contact me.

Take care
Hector

**From:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Sent:** Friday, July 22, 2022 3:15 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Cc:** Woolley, Marc <WoolleyM@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Subject:** Grievance/CBA Tracker

Hi Hector,

I hope well. I am sending a reminder on behalf of Marc, to please provide him a copy of your outstanding grievances, and CBA negotiations by Monday, July 25, 2022.

Best,
Lauren

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov