| | |
|---|---|
| **From:** | Jackson, Lisa L. |
| **Sent:** | Thursday, July 28, 2022 10:28 |
| **To:** | Figueroa, Hector |
| **Cc:** | Johnson, Jamal |
| **Subject:** | RE: Employee Notice of Discipline - Franklin Fitzgerald |
| **Attachments:** | EMPLOYEE NOTICE OF DISCIPLINE - FRANKLIN FITZGERALD #2 - 072722.pdf |

Good morning Hector,

    Attached, please find my formal Employee Notice of Discipline for my staff member, Franklin Fitzgerald. His behavior/outburst yesterday afternoon was unacceptable. With this being the second occurrence within a month (see previous email below), I am recommending a 3-day suspension; however, as instructed, prior to sending this notice directly to him, I am sending it to you for your review and guidance. I look forward to hearing from and/or speaking with you at your earliest convenience next week. Thanks and have a great holiday weekend.

*Lisa L. Jackson, QPA*
Director of Central Purchasing
County of Delaware
Government Center Building
201 W. Front Street, Room 228
Media, PA  19063
T:  610.891.4427
F:  610.566.8565
E:  jacksonlisal@co.delaware.pa.us

---

**From:** Jackson, Lisa L.
**Sent:** Friday, July 1, 2022 10:01 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Cc:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Subject:** Employee Notice of Discipline - Franklin Fitzgerald

Good evening Hector,

    Attached, please find my formal Employee Notice of Discipline for one of my staff members, Franklin Fitzgerald. His behavior/outburst today was unacceptable and before sending this notice directly to him, I am sending it to you for your review and guidance. Unfortunately, I was unable to meet with you today, but I look forward to hearing from and/or speaking with you at your earliest convenience next week. Thanks and have a great holiday weekend.

*Lisa L. Jackson, QPA*
Director of Central Purchasing
County of Delaware
Government Center Building
201 W. Front Street, Room 228
Media, PA  19063
T:  610.891.4427
F:  610.566.8565
E:  jacksonlisal@co.delaware.pa.us



EXHIBIT Figueroa 14 10-24-23

PLF 000016