**From:** Figueroa, Hector
**Sent:** Friday, July 29, 2022 8:22 PM
**To:** Williams, Laura; Johnson, Jamal; Woolley, Marc; Wiley, Iris; Marquette, Shyanne; Barratt, Laura
**CC:** Lazarus, Howard
**Subject:** Re: Interview schedule for investigations

Laura, I have already contacted the three gentlemen that have been suspended in an effort to set up interviews for the beginning of next week. I will keep you abreast!

Have a great wkend
Hector

Get Outlook for iOS

---

**From:** Williams, Laura <WilliamsL@co.delaware.pa.us>
**Sent:** Friday, July 29, 2022 7:35:56 PM
**To:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Wiley, Iris <WileyI@co.delaware.pa.us>; Marquette, Shyanne <MarquetteS@co.delaware.pa.us>; Barratt, Laura <BarrattL@co.delaware.pa.us>
**Cc:** Lazarus, Howard <LazarusH@co.delaware.pa.us>
**Subject:** Re: Interview schedule for investigations

The Prison has provided the contact information for all of the interviews. As Hector is leading the investigation, we are subject to his schedule. I would ask that all interviews are scheduled to be completed by Tuesday so the reports can be reviewed and dispositions provided.

**Laura K. Williams**
**Prison Warden**
**George W. Hill Correctional Facility**
500 Cheyney Road
Glen Mills, PA 19373
**Office:** 610-361-3200 x 252

Please excuse any typographical errors this email was sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Sent:** Friday, July 29, 2022 5:58:40 PM
**To:** Woolley, Marc <WoolleyM@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Wiley, Iris <WileyI@co.delaware.pa.us>; Williams, Laura <WilliamsL@co.delaware.pa.us>; Marquette, Shyanne <MarquetteS@co.delaware.pa.us>; Barratt, Laura <BarrattL@co.delaware.pa.us>
**Cc:** Lazarus, Howard <LazarusH@co.delaware.pa.us>
**Subject:** Interview schedule for investigations

Good afternoon,

Following a discussion with Warden Williams and Mr. Woolley, we'd like to ask the prison staff's assistance in scheduling the interviews for the following:

Major Richard Leach
Major Albert Pleasant
Sgt. Joshua Thamarus
Sgt. Verlia May-Russell
Officer Cassandra Hall



EXHIBIT
Figueroa
15
10-24-23

D Response to RFP00847

We would like these individuals scheduled to interview as soon as possible- though preferably Monday.
Hector Figueroa will be conducting the interviews. We would request that Iris Wiley assist in the interview process.

Hector may also have some procedural questions for the remaining prison HR staff, please make yourselves available as well.

If there are any questions or concerns please reach out to me directly.


Thank you

*Jamal O. Johnson*
Chief Personnel Officer
County of Delaware
201 W. Front Street
Media, PA  19063
JohnsonJ@co.delaware.pa.us
610-891-5236 (office)
484-836-8661 (cell)