| | |
|---|---|
| From: | Footman, Lauren |
| To: | Williams, Laura; Johnson, Jamal; Woolley, Marc |
| Subject: | Re: Coordination of GWH Personnel Open Items |
| Date: | Saturday, July 30, 2022 11:34:02 AM |

Good afternoon,

Thank you for taking the time to have a honest and thoughtful conversation with how we can collaborate to ensure management and employees feel safe and supported at George Hill.

Below are next steps

- Jamal was to speak with Hector on July 29 to have him contact all remaining interviewees to provide them a status update on the interview schedule

- By close of business August 1, Hector should provide Marc a timeline to complete all existing investigations at the Prison

- Hector should attempt to complete outreach to all remaining interviewees Monday and liaise with Laura to ensure efficiency

- As the investigation continues Jamal / Hector should give status update to Laura , Marc and Lauren. If there are any time sensitive information that needs to be relayed, Jamal/ Hector will call Laura

- Jamal will collaborate with Marc, Laura and Hector to revise interim findings memo

- Jamal will confirm Hector's outreach timeline to Prison Leadership with respect to the Union's request for information

- Lauren will coordinate weekly calls with Laura, Iris, Jamal, Hector, and Marc to ensure efficient and effective coordination with Central Personnel and the Prison

Please feel free to respond with any additions or any revisions.


Lauren



EXHIBIT
Figueroa
16
10-24-23 NM
PENGAD 800-631-6989

**D Response to RFP00111**

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov


**From:** Footman, Lauren
**Sent:** Wednesday, July 27, 2022 10:35:47 AM
**To:** Williams, Laura <WilliamsL@co.delaware.pa.us>; Figueroa, Hector
<FigueroaH@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Subject:** Coordination of GWH Personnel Open Items

Good morning,

Marc would like to convene an in-person meeting to discuss outstanding GWH Personnel Items to
ensure alignment on open items and discuss the next steps, this Friday at 2 pm. Jamal, I see you have
the County Council 2nd floor Conference Room reserved at 2 pm, are you able to shift your potential
existing meeting so we can use this room, and for you to attend? I am in the office today, so I am
happy to stop over to finalize a time that you and Hector can be present.

Best,
Lauren

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov

**D Response to RFP00112**