| | |
|---|---|
| **From:** | Figueroa, Hector |
| **To:** | "John McLaughlin" |
| **Cc:** | Johnson, Jamal; Figueroa, Hector |
| **Subject:** | RE: (EXTERNAL) RE: OA Labor Relations Board Complaint and Notice of Hearing |
| **Date:** | Wednesday, August 3, 2022 4:35:19 PM |
| **Importance:** | High |

John thanks! So much has been going on that I missed opening the messages mentioned.

Hector

**From:** John McLaughlin <jmclaughlin@cdblaw.com>
**Sent:** Wednesday, August 3, 2022 4:30 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Cc:** Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Subject:** (EXTERNAL) RE: OA Labor Relations Board Complaint and Notice of Hearing

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, contact your IT Department

Yes. I dealt with this last week, got the hearing moved after speaking with Bill and sent around an email last week and one earlier this week. The new date is 10/20/22. I have attached them for your convenience and to forward to the prison. I even copied the Warden on them because of the importance.



## John P. McLaughlin
Attorney at Law
Campbell Durrant, P.C.
One Belmont Avenue, Suite 300
Bala Cynwyd, PA 19004
610-227-2596 (Office)
610-909-6298 (Cell)
610-227-2599- FAX
jmclaughlin@cdblaw.com

Confidentiality Notice: This e-mail transmission and any documents, files, or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately



**D Response to RFP00107**