**To:** Fo( nan, La(ren
**Subject** FW: Questions Per Discipline Form

FYI, he should know if she is on probation or not before rendering advice. I am still unclear if she is or is not on probation. More for the memo...

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, August 12, 2022 6:45 PM
**To:** Woolley, Marc <WoolleyM@co.delaware.pa.us>; Becht, John <BechtJ@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Brown, Munsanda <BrownM@co.delaware.pa.us>; Campellone, Michael <CampelloneM@co.delaware.pa.us>
**Subject:** Re: Questions Per Discipline Form

Marc, if she is still under a probationary period then of course the situation is a lot simpler; just needs documentation as to why she has not met the county standards (no steps needed), I was more so describing one who is past probation.
John pardon the slight confusion.
Marc thanks for the clarification.

Hector

Get Outlook for iOS

---

**From:** Woolley, Marc <WoolleyM@co.delaware.pa.us>
**Sent:** Friday, August 12, 2022 6:29:14 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>; Becht, John <BechtJ@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Brown, Munsanda <BrownM@co.delaware.pa.us>; Campellone, Michael <CampelloneM@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** Re: Questions Per Discipline Form

Isn't she on probation? Isn't the next step just failure of probationary period? No need to make it complicated. Please advise.

Marc

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Friday, August 12, 2022 3:56:48 PM
**To:** Becht, John <BechtJ@co.delaware.pa.us>; Johnson, Jamal <JohnsonJ@co.delaware.pa.us>
**Cc:** Brown, Munsanda <BrownM@co.delaware.pa.us>; Campellone, Michael <CampelloneM@co.delaware.pa.us>; Woolley, Marc <WoolleyM@co.delaware.pa.us>; Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** RE: Questions Per Discipline Form

John, the process usually runs in three steps; verbal, written warning and then final warning (usually when it reaches this stage more than likely it will result in termination). When reaching the final and a PIP is suggested it is the practice that the PIP is usually for 60/90 days; but depending on the severity of the situation the number of days you want to issue is up to you; it can go down as low as 30 days. Please if you have any concerns or need some additional guidance do not hesitate to contact me.

Have a great wkend
Hector

**From:** Becht, John <BechtJ@co.delaware.pa.us>
**Sent:** Friday, August 12, 2022 3:47 PM



EXHIBIT
Figueroa
19
10-24-23 MM

D Response to RFP00132

<Woolly yM@co.delaware.pa.us>
**Subject:** uestions Per Discipline Form

Jamal, Hector, Munsanda,

  We have the Blank Disciplinary Form for future use(hopefully we do not need it), but myself and Mike had some questions regarding the form we wanted clarification on.  We look forward to answers so we can understand the process.

1.) Is it 3 Warnings are issued Verbal/Written then a Write Up occurs?
2.) Do we do the Write Up on the 3rd Time or after 3rd Time?
3.) How many Write Up's happen before we do either a PIP Plan or a Termination?
4.) Timeframe if someone is placed on the PIP Plan?

Thank you



**John Becht**
**CIO**
**Delaware County IT Department**
201 W. Front Street | Media, Pennsylvania 19063
Phone: (610) 891-4675 | Email: BechtJ@co.delaware.pa.us
Website: https://delcopa.gov

D Response to RFP00133