**From:** Footman, Lauren
**To:** Figueroa, Hector
**Bcc:** Woolley, Marc
**Subject:** RE:
**Date:** Sunday, August 14, 2022 7:05:00 PM

Hi Hector,

Circling back to see if you ever found a resolution to this case, after our discussion on 6/29?

Best
Lauren

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov

**From:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Sent:** Wednesday, June 29, 2022 8:38 AM
**To:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Cc:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** RE:

Lauren, good morning! Lets discuss!

Hector

**From:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 7:06 PM
**To:** Figueroa, Hector <FigueroaH@co.delaware.pa.us>
**Subject:** FW:

Hi Hector,

Can we please discuss this?

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building



201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov

**From:** Pitts, Pamela <PittsP@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 6:58 PM
**To:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Subject:** Re:

We do not mind at all and appreciate your help!

Her email address is Sharon.Coleman@mdjs.pacourts.us.

Get Outlook for iOS

**From:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 6:54:45 PM
**To:** Pitts, Pamela <PittsP@co.delaware.pa.us>
**Subject:** RE:

Do you/she mind if I go to Hector?

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov

**From:** Pitts, Pamela <PittsP@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 6:54 PM
**To:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Subject:** Re:

Lauren, first thanks for responding off hours!

No, she's only spoken with her Union rep.

Get Outlook for iOS

**From:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 6:42:31 PM
**To:** Pitts, Pamela <PittsP@co.delaware.pa.us>
**Subject:** RE:

Thanks, Pam. Has this been brought to Jamal, Munsanda, or Hector? If not, I can ask Jamal to have Hector do an investigation.

Best
Lauren

Lauren Footman
Diversity, Equity and Inclusion Officer
County of Delaware
Government Center Building
201 W. Front Street, Room 202
Media, PA 19063
T: 484-460-1635
E: footmanl@co.delaware.pa.us
www.delcopa.gov

**From:** Pitts, Pamela <PittsP@co.delaware.pa.us>
**Sent:** Tuesday, June 28, 2022 6:34 PM
**To:** Footman, Lauren <FootmanL@co.delaware.pa.us>
**Subject:**

Hi, Lauren.

I think you should speak with Sharon Coleman. She's a clerk in MDJ and was tasked with some responsibilities of the Court Coordinator for months at a time without receiving the appropriate salary for performing those duties. She's a member of AFSCME and has reached out to her rep. She believes she was denied this pay possibly due to her racial identity.

I believe this is something for the DEI Officer to look into, but I want to be transparent and let you know this is my sister and I am not looking for special treatment.

Thanks,
Pam

Get Outlook for iOS